# Annex 2

[TRANSLATION]

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

CATHLEEN COLVIN, individually and as parent and next friend of minors C.A.C. and L.A.C., heirs-at-law and beneficiaries of the estate of MARIE COLVIN, and JUSTINE ARAYA-COLVIN, heir-at-law and beneficiary of the estate of MARIE COLVIN,

*Plaintiffs*,

v.

SYRIAN ARAB REPUBLIC,

*Defendant*.

Civil No. 1:16-cv-01423 (ABJ)

**DECLARATION OF "ULYSSES"**

I, "Ulysses,"[1] declare as follows:

1. I am over 18 years of age and have personal knowledge of the facts set forth in this Declaration. If called as a witness, I would testify competently to such facts under oath.

2. I am a citizen of the Syrian Arab Republic ("Syria"). I am now a refugee and living legally in a nation of the European Union. I am in hiding because I believe I am wanted by the Syrian intelligence services.

3. I am fluent in Arabic.

4. As a former Syrian intelligence agent, I am familiar with the Syrian government's military and intelligence infrastructure from the date I started working in [REDACTED] to the time of my defection in [REDACTED]. I have personal knowledge of the Assad regime's use of its intelligence and military capabilities to launch a brutal crackdown on pro-democracy

[1] I am using the pseudonym "Ulysses" for purposes of this declaration because I fear for my safety.

[TRANSLATION]

demonstrations and the media following the 2011 civil uprising. ██████ ██████ I also have personal knowledge of the regime's joint military-security operations in Homs from the fall of 2011 until my defection. I am familiar with the regime's targeting of journalists—including Marie Colvin—in Homs, and have direct, firsthand knowledge of the planning and coordination of the February 22, 2012 attack on the Baba Amr Media Center that ultimately killed her.

**Background**

5. For almost ██ years, I served as a non-commissioned officer of the Syrian ██████ ██████. The ██████ is one of four intelligence agencies that protect the dictatorial regime of Syrian President Bashar al-Assad. ██████ ██████ ██████.[2]

6. I began my career in Syrian intelligence in ██ when I enrolled in the institute of the ██████. I was trained in investigation, surveillance, and the structure of the Syrian government. After I graduated in early ██ I served in ██████ Around ██ I was promoted to ██████ ██.

[2] The Syrian intelligence agencies are divided into regional or functional branches throughout the country. ██████. A branch is further divided into sections, each tasked with specific functions. Section-heads report to branch-heads, who in turn report to the Damascus-based director of that agency. The director of each agency reports to the President and to the National Security Bureau, an office tasked with coordinating the operations of the four intelligence agencies. Although the four intelligence agencies are generally broken down in this way, each agency's structure has some variation. ██████ ██████ ██████.

[TRANSLATION]

7. In [redacted], I was transferred to [redacted], the regional branch of the governorate of Homs. I worked in various sections of [redacted]

8. In March 2011, while I was still serving in [redacted], a pro-democratic revolution erupted across Syria. By the summer of 2011, Homs had become a key center of that revolution. The intelligence services in Homs were tasked with suppressing the opposition movement and ending the massive anti-government protests.

9. Sometime in the fall of 2011 (I do not recall the exact date), [redacted]. The Syrian government had formed a committee to coordinate joint military and intelligence operations against the opposition in Homs: the Homs Military-Security Committee. [redacted].[3] I carried out this role until I defected from the Syrian government in [redacted].

10. [redacted] I learned senior military and intelligence officials were overseeing a campaign to surveil, target, and kill journalists in Homs. This campaign resulted in the assassination of Marie Colvin by Syrian government forces on February 22, 2012.

[3] I do not know whether there was a uniform, official designation for the head of the Homs Military-Security Committee. Memoranda addressed to this official used different titles depending on who was sending the communication. For example, memoranda from intelligence might address this official as "Security Chief" or a military communique might address the head as "Military-Security Chief" or "head of the Military-Security Committee in Homs." All of these titles referred to the same position holder. For this declaration, I use these terms interchangeably to reflect the customary practice in the military and security forces.

[TRANSLATION]

11. Due to my training and nearly ███ years of experience in Syrian intelligence, I am familiar with the command and communications systems of the ████████████████ and other Syrian intelligence agencies, as well as of the Syrian armed forces. Throughout 2011 and 2012, I had access to the files of the ████████████████, and I regularly reviewed intelligence memoranda, reports, and surveillance and arrest orders. I also regularly attended meetings with officers in ██████ that concerned military and security operations in Homs, as well as situation reports in the field ████████████████████ ██████ ████████████████ I personally observed such military and security operations in Homs. I communicated with other officers on a daily basis. Finally, I used a Tetra radio walkie-talkie, issued to all intelligence officers, and therefore had access to open and secured communication channels, which enabled me to discuss or overhear discussions and orders of operations with my colleagues. Unless otherwise specified, the facts that I recount below are based on these sources.

**The Syrian Revolution and Assad Regime's Security Crackdown**

12. After pro-democracy demonstrations broke out in March of 2011, the Assad regime sought to crush the opposition in Homs and elsewhere by mobilizing its intelligence and military forces[4] and by relying on loyalist paramilitary groups called the *shabiha*. This crackdown was led by President Assad and his inner circle of family members and trusted officials, including his brother, Maher al-Assad.

13. Throughout the spring, summer, and fall of 2011, the intelligence services arrested or attacked thousands of political opponents, including pro-democracy activists,

[4] The Syrian military forces include conventional divisions, as well as three elite units, which are considered particularly loyal to the Assad regime: the Special Forces, the Republican Guard, and the Fourth Division. I learned from members of the Fourth Division that it was commanded by the President's brother, Maher al-Assad. I also learned that it had its own intelligence section.

[TRANSLATION]

journalists, and even doctors. I saw firsthand that intelligence branches in Homs were torturing and killing suspected dissidents. [redacted]

14. One of the regime's primary objectives was to infiltrate and disrupt the social networks of activists who were organizing the protests. The intelligence services knew that activists were using Facebook and forming media centers and "Local Coordination Committees" to organize demonstrations and document human rights abuses, and we were well aware that satellite news networks were spreading news of the protests. Media activists and journalists thus became high-priority targets. Throughout 2011 and 2012, people suspected of tarnishing the image of Syria in the western and Arab media were routinely arrested, tortured, and killed by the intelligence services.

15. Eventually, in the summer of 2011, the first armed rebel groups formed. These were known as the Free Syrian Army (the "FSA"). By the fall of 2011, rebels were in control of several neighborhoods in Homs. In or around December of 2011, the regime launched a major assault on Homs, using joint military and intelligence operations overseen by the Homs Military-Security Committee.

16. To explain the key persons and institutions I know to have been involved in the crackdown in Homs, I have prepared a Glossary of Key Persons and Entities, attached as **Exhibit B**. I have also prepared a diagram of the command structure of the military and security forces operating in Homs as of February 2012, as I studied it and observed it in practice, attached as **Exhibit C**. Finally, I have prepared a diagram of the military and security forces I know to have been involved in the attack on the Baba Amr Media Center that ultimately killed Marie Colvin, attached as **Exhibit D**.

[TRANSLATION]

**My Service** [REDACTED]

17. When the revolution started in March [REDACTED] in Homs.

18. In the fall of 2011, [REDACTED] Major General Nazih Hassoun, [REDACTED] had been appointed as the head of the Homs Military-Security Committee [REDACTED].[5] Before being detailed to the Committee, Major General Hassoun had been one of the Deputy Directors of the General Intelligence Directorate. My understanding was that Major General Ali Ayoub, the Deputy Chief of Staff of the Syrian Army, served as the first head of the Homs Military-Security Committee, and then was replaced as head by Major General Hassoun and later, other officers from the intelligence services. To my knowledge, Major General Ayoub returned to Damascus after serving on the Military-Security Committee. I have no knowledge as to whether Major General Ayoub continued to exercise authority or control over the Committee's operations. In my experience, the position held by Major General Hassoun was the highest authority overseeing the military-security operations on the ground in Homs.

19. [REDACTED]

[5] The Homs Military-Security Committee was a newly formed government body, specifically tasked with coordinating joint military and intelligence operations against the civilian opposition and the FSA in Homs. Previously, there had been a Security Committee in Homs that was part of the Baath Party, and was chaired by a civilian, usually the Secretary of the Baath Party Branch in the Governorate.

[TRANSLATION]

20. By January 2012, Major General Hassoun was replaced as head of the Homs Military-Security Committee. His replacement was Major General Rafiq Shahadah, a senior official from the Military Intelligence Department. [REDACTED] an individual named Khaled al-Fares. Al-Fares had served as Major General Hassoun's right-hand man, and did the same for Major General Shahadah.

21. Before the revolution, Khaled al-Fares was wanted by the government as a notorious drug trafficker. I had seen his name on wanted lists at [REDACTED]. However, [REDACTED] 2012, al-Fares had started working for the regime by recruiting informants and supporting the *shabiha* paramilitaries in Homs.

22. Throughout January and February of 2012, [REDACTED] Khaled al-Fares. [REDACTED] al-Fares [REDACTED] played an important role on the Homs Military-Security Committee. He was a key middle-man, handling finances for the *shabiha* paramilitaries and gathering intelligence from a network of informants. [REDACTED] al-Fares had a direct, back-channel connection to the President's brother, Maher al-Assad, who commanded the Fourth Division.

23. [REDACTED] Major General Shahadah to meetings with the heads of the Homs branches of the intelligence agencies and with military commanders. These meetings typically occurred at the headquarters of Military Intelligence

[TRANSLATION]

Branch 261 and at the Military Technical Affairs Faculty,[6] where a special conference room was used to plan military operations.

**The Siege of Baba Amr**

24. As head of the Homs Military-Security Committee, Major General Shahadah, like his predecessor Major General Hassoun, was involved in coordinating military and intelligence operations in the first major battle of the Syrian civil war: the siege of Baba Amr. [REDACTED]

25. Baba Amr is a working-class neighborhood in southwest Homs. It became very important to the Assad regime, which considered the neighborhood a central incubator of the revolution. The protestors in Baba Amr were in the western and Arab news all the time because it had a very active media center.

26. In the fall of 2011, a group of rebels from the FSA set up a base of operations in Baba Amr. Although the rebels lacked tanks or artillery, they managed to repel a series of raids by regime forces.

27. Between December 2011 and the end of February 2012, the government put Baba Amr completely under siege. The army encircled the neighborhood with checkpoints, tanks, and heavy artillery. No one was allowed to leave. The regime regularly cut off telecommunications, water, and electricity; and blocked food from entering Baba Amr.

[6] The Military Technical Affairs Faculty was one of the faculties of the Homs Military Academy. As discussed below, the Military Academy was one of the locations from which the regime shelled Homs.

[TRANSLATION]

28. Although regime forces had surrounded Baba Amr and were pounding it with artillery, the regime's ground troops were unable to retake the neighborhood. The FSA rebels held them back at the perimeter of the neighborhood until the end of February. Initially, the military units involved in the siege were regular units from the 11th and 18th Divisions. But they were eventually reinforced with elite elements from the Republican Guard, Special Forces, and the Fourth Division. In addition, all four intelligence agencies were engaged in the siege of Baba Amr, under the coordination of the Homs Military-Security Committee.

29. [REDACTED] the security chiefs from the Homs Military-Security Committee—first Major General Hassoun and then Major General Shahadah and al-Fares—[REDACTED] inspected the frontlines around Baba Amr. Starting in fall 2011, [REDACTED] regime forces held sandbagged positions around the neighborhood, with snipers, armored vehicles, and heavy machine guns mounted on trucks. [REDACTED] regime forces shelling the neighborhood on a daily basis with various forms of artillery, including Russian- and Korean-made multiple rocket launcher systems; tanks; and 120 mm, 160 mm, and 240 mm mortars. [REDACTED] the regime's aerial surveillance drones flying over Homs. My colleagues and I called them the "buzzing planes" because of the distinctive sound they made as they circled above us.

30. Regime forces shelled Baba Amr from a number of locations, including Wadi al-Dahab (a pro-regime neighborhood), the Homs Military Academy, the al-Hasan ibn al-Haythem military camp, the Shinshar base, and the Maskane Air Defense College.

31. In late December 2011 and early January 2012, the Arab League sent a mission to monitor the situation in Homs. The mission stayed at the Safir Hotel in Homs. During the visit, [REDACTED]

[TRANSLATION]

with Syrian government officials from Damascus, including Assef Shawkat, the Deputy Minister of Defense, and Ali Mamluk, Director of the General Intelligence Directorate.

32. The Arab League mission left Homs in early January. From that point on, the Assad regime tried to control all information flowing out of Baba Amr. The official line was that Baba Amr was full of terrorists. That is also what the state-controlled media reported. But in reality, it was clear from [REDACTED] Major-General Shahadah and other officers that regime forces did not distinguish between armed rebels and civilian activists; anyone who remained in the neighborhood was considered a terrorist who could (and must) be attacked.

33. Despite the dangerous conditions during the siege, the media continued to get news reports from inside Baba Amr. The intelligence agencies learned through various sources that media activists had smuggled in satellite transmitters that allowed them to access the Internet. We at the intelligence agencies also learned that the Baba Amr Media Center was reporting on the siege, uploading videos to the Internet, and talking to international news agencies like CNN and al-Jazeera. We learned that the Media Center was hosting foreign journalists who had snuck into Syria to cover the uprising. These media activists and journalists—like all suspected members of the opposition—were routinely referred to as "terrorists" or "terrorist supporters" in intelligence agency communications.

**The Campaign to Target and Kill Journalists in Homs**

34. Beginning in December of 2011, the Homs Military-Security Committee oversaw a campaign to locate and attack the Baba Amr Media Center and foreign journalists in Homs.

35. In or around late December of 2011, towards the end of Major General Nazih Hassoun's tenure on the Homs Military-Security Committee, [REDACTED] memorandum from Major

[TRANSLATION]

General Ali Mamluk, the Director of the General Intelligence Directorate, to the head of the Homs Military-Security Committee. This memorandum was circulated [REDACTED] The memorandum stated the following: (i) Ali Mamluk had received information from friendly Lebanese security forces that a group of foreign journalists had arrived at the airport in Beirut. (ii) Members of the Lebanese political party Tayyar al-Mustaqbal had transported the journalists to the Syrian border. (iii) The journalists had entered Syria without regime authorization, traveling to Homs. (iv) Based on this intelligence, Major General Mamluk instructed the commander of the Homs Military-Security Committee to relay orders to all intelligence branches in Homs to confirm the reports, capture the journalists, and "take all necessary measures." I understood "take all necessary measures" to mean that attempts should be made to capture the journalists, but if that was not possible, then to use lethal force. It was the customary practice in the intelligence services that an order to "take all necessary measures" authorized killing if needed.

36. Three or four weeks later, a second memorandum came from Major General Ali Mamluk [REDACTED]. By this time, Major General Shahadah had assumed office as the Committee's head. [REDACTED] this memorandum stated that another group of journalists had entered Syria from Lebanon without authorization and had managed to cross the siege lines into Baba Amr.

37. Over the next few weeks, Major General Shahadah continued to receive intelligence reports that journalists from CNN, the BBC, and other foreign media organizations had entered Syria from Lebanon and were in Baba Amr. The intelligence agencies regularly

monitored television news broadcasts and newspaper articles; these broadcasts and articles made it clear that foreign journalists were reporting from inside Baba Amr.

38. Tracking down these journalists became a top priority for the Homs Military-Security Committee. Major General Shahadah instructed all four intelligence branches in Homs to launch surveillance operations to locate the Baba Amr Media Center and any foreign journalists. Specifically, Major General Shahadah wanted to learn their location and take the necessary measures to stop them from reporting. He also wanted to know if the United States or Israel were [REDACTED]

39. Major General Shahadah directed two offices to intercept the journalists' communications and trace their location: the Computer and Signals Section of Military Intelligence Branch 261 and the Technical Section of General Intelligence Branch [REDACTED] his office and the Computer and Signals Section of Military Intelligence Branch 261 were using a device that could intercept satellite broadcasts coming out of Baba Amr. They called it the "*rashida*" (guiding) device but I do not know its technical name. It was installed in a vehicle that circled around Baba Amr, homing in on the signals of satellite phones and other devices used by the journalists. [REDACTED] that the two branches regularly intercepted and eavesdropped on satellite transmissions,

[TRANSLATION]

but had difficulty identifying the exact point of origin of the calls. I know there were also specialized branches in Damascus that carried out technical surveillance all over Syria.

40. [REDACTED] Khaled al-Fares that Major General Shahadah had specifically tasked him with recruiting informants who could spy on the Baba Amr Media Center. [REDACTED] about the location of the foreign journalists and the Media Center [REDACTED].

**The Assassination of Gilles Jacquier**

41. The regime's campaign to target and kill journalists in Homs had been successful in assassinating at least one other foreign correspondent: the French reporter Gilles Jacquier.

42. [REDACTED].[7]

43. [REDACTED] the President's brother, Maher al-Assad, and Brigadier General Ghassan Belal, the head of security for the Fourth Division. [REDACTED]

44. [REDACTED]

[7] [REDACTED] it occurred after the death of Gilles Jacquier on January 11, 2012 and before the death of Marie Colvin on February 22, 2012.

[TRANSLATION]

45. [REDACTED] Maher al-Assad and Brigadier General Belal were financing his operations and [REDACTED] the money would help pay for informants. [REDACTED]

46. [REDACTED] Wael Salamah in Homs. Salamah was a notorious "pimp." We had a file on him [REDACTED].

47. [REDACTED]

48. [REDACTED] Salamah was the *shabiha* member who had organized the assassination of the French reporter Gilles Jacquier on January 11, 2012. [REDACTED] earlier that month, the Syrian government had brought a delegation of foreign journalists, including Jacquier, on a guided tour of Homs. They came to Homs at the same time as the Arab League monitors. One day, the intelligence forces brought the journalists to the New Ikrema neighborhood of Homs to watch a pro-regime rally. The entire event was staged. The intelligence forces, working with Wael Salamah and his *shabiha* associates, had mapped out the route of the march. When the demonstrators arrived at a prearranged location, Wael Salamah and a *shabiha* associate launched a rocket-propelled grenade at the demonstration from a nearby school called Quteiba. Several people were killed and injured. In the chaos that followed, Jacquier and the other journalists ran around trying to document the aftermath of the attack, accompanied by escorts from the *mukhabarat*. When Jacquier came to a prearranged location, regime forces fired a mortar at his position. Jacquier was injured but alive. Salamah came to the

[TRANSLATION]

scene and loaded Jacquier into a taxi, rather than into an ambulance, as Salamah's pre-planned role was to make sure that Jacquier did not survive. And he did not. Jacquier died, and the government then circulated a fabricated story that rebel forces had killed him.

49. [REDACTED]

**The Assassination of Marie Colvin**

50. Throughout early 2012, Major General Shahadah received daily reports that the electronic surveillance units were intercepting satellite transmissions and that foreign journalists were reporting on the situation in Homs. As time went on, the Homs Military-Security Committee intensified its efforts to locate the Baba Amr Media Center and the foreign journalists without success. Major General Shahadah was growing furious that the intelligence and military forces had been unable to pinpoint and hit the locations of these broadcasts. [REDACTED] in mid-February of 2012, [REDACTED] Major General Shahadah had just received a report that a team of journalists was leaving Homs and heading back to Lebanon. Major General Shahadah knew that smugglers

[TRANSLATION]

were using a water tunnel to sneak journalists in and out of Homs, so he ordered an artillery unit to shell the area around the tunnel; when Major General Shahadah later learned that the journalists had survived the attack, he became enraged.

51. [redacted] on February 21, 2012 at around 10:00 pm, [redacted] she has information about the Media Center and the foreign journalists. She knows their location and where they are spending the night. [redacted]

52. [redacted] the informant [redacted] the name of the street where the Baba Amr Media Center was located and even the name of the owner of the house. [redacted]

53. [redacted]

[TRANSLATION]

[redacted] I understood from previous dealings with Brigadier General Belal that "the boss" was Maher al-Assad.

54. [redacted] the operations room of the Military Technical Affairs Faculty.[8]

55. [redacted].[9]

56. [redacted] while al-Fares brought the woman and the man into the operations room, [redacted] Major General Shahadah and others were already inside [redacted]

[8] The Military Technical Affairs Faculty is one of the faculties at the Homs Military Academy operated by the Syrian army in the al-Waer neighborhood of Homs.

[9] [redacted] Major General Shahadah. He used this large conference room with a video projector screen to meet with military and intelligence officers and plan joint operations in Homs.

[TRANSLATION]

[redacted] an aerial photo of Baba Amr was projected on the screen.

57. [redacted] one was Brigadier General Issam Zahreddine, a well-known commander from the Republican Guard, as well as Colonel Ali Salim also from the Republican Guard. [redacted] he was a Major and the words "Special Forces" appeared on a patch on his sleeve.

58. The meeting ended in the early morning hours of February 22, 2012. Al-Fares left the meeting room carrying a large yellow envelope, the type used for intelligence reports. [redacted] "Give this to the head of the Computer and Signals Section to be verified."

59. [redacted]

[TRANSLATION]

60. [redacted] the Deputy Head of the Computer and Signals Section of Branch 261 [redacted]. I do not recall his name, but I knew his position. [redacted] "There was a broadcast tonight from the same location." He then went in to brief Major General Shahadah. [redacted] he told [redacted] "The boss is very happy."

61. [redacted]

62. [redacted] later in the morning [redacted] the Baba Amr Media Center had been shelled and that journalists had been killed. Major General Shahadah hosted a celebration at his office. A group of military and intelligence officers arrived whom Major General Shahadah thanked and congratulated. These officers included:

- Brigadier General Issam Zahreddine (the commander of the Republican Guard military operations in Homs);
- Colonel Ali Salim (Republican Guard);
- Brigadier General Hussam Luka (head of the Homs Branch of Political Security);
- Colonel Sayel Daoud (head of the Air Force Intelligence Branch in the Central Region);
- Colonel Firas al-Hamed (head of General Intelligence Branch 318 in Homs);
- Colonel Oqab Abbas (deputy to Colonel Firas al-Hamed); and
- Brigadier General Muhammad Zemrini (head of Military Intelligence Branch 261 in Homs), whom I believe was also present.

[TRANSLATION]

A little while later, [redacted] announced the arrival of [redacted] from the Special Forces. As I described above, Zahreddine, Salim, and [redacted] had attended the meeting at the military operations room the night before.

63. [redacted] al-Fares congratulated him and said: "You'll get a promotion soon." [redacted] "Was he the one who launched the attack?" [redacted] "Yes."

64. At around 11:00 am, Colonel Firas al-Hamed, the head of General Intelligence Branch 318 [redacted] arrived [redacted] electronic surveillance had confirmed that Marie Colvin and Rémi Ochlik had been killed in the attack. [redacted] had intercepted outgoing calls from Baba Amr asking for help evacuating the bodies and the survivors.

65. As Major General Shahadah's staff was drinking and celebrating [redacted] shout: "That blind bitch was Israeli." Major General Shahadah replied: "Marie Colvin was a dog and now she's dead. Let the Americans help her now."

66. A few days later, al-Fares received a new car: a black Hyundai Genesis. [redacted] the car was a gift from Maher al-Assad, a reward for the successful operation.

67. Later on, Major General Rafiq Shahadah was promoted and named head of the entire Military Intelligence Department.

[TRANSLATION]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my recollection.

Executed on 9-28, 2017.

[SIGNED]

Ulysses



ALA
ARABIC LANGUAGE ASSOCIATES, LLC

P.O. Box 51 Sharon, MA 02067
Tel: 781-784-0425
Email: info@arabiclanguageassociates.com

# TRANSLATOR DECLARATION

**SHARON, MASSACHUSETTS, USA**

Date: March 7, 2018

To whom it may concern:

I, Irina B. Sears, hereby declare and say:

1. I am a translator and editor. I hold a B.A. in Biochemistry from The University of Texas at Austin; I hold a Master's degree in Human Nutrition and Nutritional Biology from the University of Chicago; I hold a Professional Certificate in Arabic to English Translation from the American University in Cairo and I have been working in the translation field for 13 years.
2. I am thoroughly familiar with both the English and Arabic languages, by virtue of, as to English, having English as my native tongue and, as to Arabic, having all my years of study and practice as an Arabic to English translator and editor in various fields including legal translations.
3. On March 7, 2018, I produced the translation into English of an Arabic document received by my office, designated as: **DECLARATION OF "ULYSSES", dated September 28, 2017**.
4. The attached translation is a true and accurate English version of the original drafted in Arabic.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of March, 2018, SHARON, MASSACHUSETTS, USA.

Signature of Irina B. Sears

American Translators Association
ata
Irina B. Sears
Arabic into English
Certification #485608
Certified Translator

Verify at www.atanet.org/verify

**محكمة المقاطعة في الولايات المتحدة**
**مقاطعة كولومبيا**

| كاثلين كولفين، بصفة فردية و بصفتها قريبة وممثلة للقاصرين .C.A.C و.L.A.C، ورثة في القانون والمستفيدين من ملكية ماري كولفين، وجوستين أرايا-كولفين، وريثة في القانون والمستفيدة من ملكية ماري كولفين،<br><br>المدّعون،<br><br>ضد<br><br>الجمهورية العربية السورية،<br><br>المدعى عليه. | مدني رقم ١:١٦-س ف ـ ٠١٤٢٣ - ا ب ج |
|---|---|

**تصريح "يوليسيز"**

أنا يوليسيز[1] أصرح بما يلي:

1. أنا فوق الـ 18 من العمر وعلى معرفة شخصية بالحقائق الواردة في هذا التصريح. وفي حال دعوتي كشاهد، سأشهد بكفاءة على هذه الحقائق تحت القسم.

2. أنا مواطن في الجمهورية العربية السورية (سورية). وأنا الآن لاجئ ومقيم بشكل قانوني في أحد دول الاتحاد الأوروبي. أخفي شخصيتي الحقيقية لأني أعتقد أني مطلوب من المخابرات السورية.

3. أتكلم اللغة العربية بطلاقة.

---

1. استخدم الاسم المستعار "يوليسيز" لأغراض هذا التصريح لأنني أخاف على سلامتي

4. كوني عامل مخابرات سوري سابق، فأنا على دراية بالبنية التحتية الاستخباراتية والعسكرية للحكومة السورية منذ بداية عملي معهم عام [REDACTED] و حتى تاريخ انشقاقي في [REDACTED]. عندي معرفة شخصية باستخدام نظام الأسد لقدراته الاستخباراتية والعسكرية لشن حملة وحشية على المظاهرات المؤيدة للديموقراطية والإعلام بعد الثورة المدنية في 2011. [REDACTED] [REDACTED]، لدي أيضا معرفة شخصية بعمليات النظام العسكرية و الأمنية المشتركة في حمص منذ خريف عام 2011 حتى تاريخ انشقاقي. وأنا على معرفة باستهداف النظام للصحفيين – ومن بينهم ماري كولفن- في حمص وعندي معرفة مباشرة كمصدر أول عن التخطيط والتنسيق للهجوم على المركز الإعلامي في بابا عمرو في 22 شباط/فبراير 2012 والذي أدى الى مقتلها.

## خلفية

5. لمدة تقارب الـ [REDACTED] سنة خدمت كصف ضابط في [REDACTED] السورية. [REDACTED] [REDACTED] هي واحدة من أربع وكالات استخباراتية تحمي النظام الديكتاتوري للرئيس السوري بشار الأسد. [REDACTED] [REDACTED].[2]

6. بدأت عملي في المخابرات السورية عام [REDACTED] عندما انضممت إلى معهد [REDACTED] تم تدريبي على التحقيق والمراقبة وعلى البناء الهيكلي للحكومة السورية. وبعد تخرجي ببداية عام [REDACTED] إشتغلت [REDACTED]. وفي عام [REDACTED] تقريباً تمت ترقيتي [REDACTED] [REDACTED].

7. في عام [REDACTED] تم نقلي الى [REDACTED] في [REDACTED]، الفرع الإقليمي لمحافظة حمص. عملت في أقسام مختلفة في [REDACTED]

---

2. تقسم الوكالات الاستخباراتية السورية إلى فروع إقليمية أو وظيفية في كل الأراضي السورية. [REDACTED] [REDACTED] ويقسم الفرع بدوره إلى أقسام لكل منها مهام محددة. يتبع رئيس القسم إلى رئيس الفرع والذي يتبع بدوره إلى مدير تلك الوكالة في دمشق. وكل مدير وكالة يتبع للرئيس ولمكتب الأمن القومي والذي هو مكتب مهمته التنسيق بين مهام الأجهزة الاستخباراتية الأربع. و على الرغم من أن كل هذه الأجهزة الإستخباراتية لها نفس الهيكلية إلا أنه يوجد إختلافات داخل كل وكالة إستخباراتية. [REDACTED] [REDACTED].

8. في آذار/مارس 2011 وبينما كنت ما أزال أخدم في [redacted] اندلعت الثورة المؤيدة للديموقراطية في سورية. وفي صيف 2011، أصبحت حمص مركزاً رئيسياً لتلك الثورة. تم تكليف مراكز المخابرات في حمص بقمع حركة المعارضة وإنهاء الاحتجاجات العارمة ضد الحكومة.

9. وفي وقت ما من خريف 2011 [redacted]. فقد شكلت الحكومة السورية لجنة لتنسيق العمليات العسكرية والاستخباراتية ضد المعارضة في حمص: اللجنة الأمنية العسكرية في حمص. [redacted] [redacted][3]. وقمت بهذا العمل حتى تاريخ انشقاقي عن الحكومة السورية في [redacted].

10. [redacted] علمت أن مسؤولين عسكريين واستخباراتيين رفيعي المستوى يشرفون على حملة لمراقبة واستهداف وقتل الصحفيين في حمص. وأسفرت هذه الحملة عن اغتيال قوات الحكومة السورية لماري كولفن في 22 فبراير/شباط عام 2012.

11. وبسبب تدريبي وخبرتي لقرابة الـ [redacted] عاماً بالمخابرات السورية، فإنني على معرفة بأنظمة التواصل والأوامر في [redacted] والوكالات الاستخبارية السورية الأخرى إضافة إلى القوات المسلحة السورية. وخلال عامي 2011 و 2012 كان بإمكاني الوصول إلى ملفات [redacted] [redacted] وقد قمت بمراجعة المذكرات والتقارير والمراقبة وأوامر الاعتقال بشكل منتظم. كما حضرت بانتظام اجتماعات مع المسؤولين [redacted] والمتعلقة بالعمليات العسكرية والامنية في حمص، بالإضافة إلى تقارير ميدانية [redacted] [redacted] و قد شاهدت شخصياً العمليات العسكرية و الأمنية بحمص وتواصلت مع ضباط آخرين بشكل يومي. وأخيرا، استخدمت جهاز لاسلكي تيترا والذي أعطي لكل ضباط المخابرات وبذلك كان

---

3. لا أعلم إذا كان يوجد تسمية موحدة رسمية لمنصب رئيس اللجنة الامنية و العسكرية بحمص. المذكرات المرسلة لهذا المسؤول كانت تستخدم تسميات مختلفة على حسب الجهة المرسلة. على سبيل المثال، مذكرة من جهة إستخباراتية قد تستخدم تسمية "المسؤول الأمني"، في حين أن مراسلة عسكرية قد تستخدم "المسؤول الامني و العسكري" او "رئيس اللجنة الامنية و العسكرية بحمص". كل هذه التسميات تدل على صاحب نفس المنصب. فيما يتعلق بهذا التصريح سأستخدم هذه التسميات بالتبادل تماشياً مع الأعراف المتبعة بالقوات العسكرية و الأمنية .

متاحاً لي الدخول لقنوات الإتصال الآمنة وهذا مكنني من الدخول في مناقشات مع زملائي حول العمليات ومن سماع نقاشات و أوامر حول هذه العمليات. كل الأحداث التي سأذكرها هنا تعتمد على هذه المصادر، إلا إذا تم تحديد مصادر أخرى.

**الثورة السورية والحملة الأمنية لنظام الأسد**

12. بعد اندلاع المظاهرات المؤيدة للديموقراطية في مارس/آذار 2011، حاول نظام الاسد سحق المعارضة في حمص وفي أماكن أخرى عبر حشد مخابراته وقواه العسكرية[4] وعبر الاعتماد على مجموعات من القوات شبه العسكرية الموالية التي تسمى بالشبيحة. وكان يقود هذه الحملة الأمنية الرئيس الأسد والدائرة الداخلية المكونة من أفراد عائلته والمسؤولين الموثوق فيهم ومن ضمنهم أخوه ماهر الأسد.

13. خلال ربيع وصيف وخريف 2011، اعتقلت وهاجمت قوات المخابرات آلاف المعارضين السياسيين ومن ضمنهم الناشطين المؤيدين للديموقراطية والصحفيين وحتى الأطباء. ورأيت بأم عيني فروع المخابرات في حمص تعذب وتقتل المنشقين المشكوك بهم. [redacted]

14. كان أبرز أهداف النظام اختراق وتخريب الشبكات الاجتماعية للناشطين الذين كانوا ينظمون الاحتجاجات. علمت المخابرات أن الناشطين يستخدمون الفيسبوك ويشكلون مراكز إعلامية و "لجان تنسيق محلية" لتنظيم المظاهرات ولتوثيق انتهاكات حقوق الإنسان وكنا مدركين جيداً أن قنوات شبكات الأخبار الفضائية تنشر أخبار الاحتجاجات. ولذلك أصبح الناشطون الإعلاميون والصحفيون أهدافا ذات أولوية عالية. وخلال 2011 و2012 كانت قوات المخابرات تعتقل وتعذب وتقتل بشكل روتيني الأشخاص المشكوك في قيامهم بتشويه صورة سورية في وسائل الإعلام الأجنبية و العربية.

15. أخيراً في صيف 2011 تشكلت أول مجموعة مسلحة من الثوار وكانوا يعرفون باسم الجيش السوري الحر. وفي خريف 2011، سيطر الثوار على عدة أحياء في حمص. وفي حوالي ديسمبر/كانون

---

4. تتضمن القوات العسكرية السورية أقسام تقليدية بالإضافة الى ثلاثة وحدات من النخبة والتي تعتبر موالية لنظام الأسد بشكل أساسي: القوات الخاصة والحرس الجمهوري والفرقة الرابعة. وقد علمت من أفراد في الفرقة الرابعة أن قائدها شقيق الرئيس، ماهر الأسد كما علمت أن لهذه الفرقة فرع مخابرات خاص بها.

الأول 2011 شن النظام هجوماً كبيراً على حمص مستخدماً عمليات عسكرية وإستخباراتية مشتركة و ذلك تحت إشراف اللجنة الأمنية العسكرية في حمص.

16. لإيضاح الأشخاص والمؤسسات الرئيسية التي أعرف أنها تورطت في الحملة على حمص فقد أعددت قائمة بأسماء الهيئات والشخصيات الرئيسية "**المرفق ب**". كما أعددت رسماً بيانياً لهيكلية قيادة القوات العسكرية و الأمنية العاملة بحمص بتاريخ شباط 2012 كما درستها وعشتها عملياً "**المرفق ج**". أخيراً، أعددت رسماً بيانياً للقوات العسكرية والامنية التي أعرف انها شاركت في الهجوم على المركز الإعلامي في بابا عمرو الذي نتج عنه قتل ماري كولفن "**المرفق د**".

**خدمتي [REDACTED]**

17. عندما بدأت الثورة في مارس/اذار [REDACTED] [REDACTED] بحمص.

18. في خريف 2011 [REDACTED] للواء نزيه حسون [REDACTED] كان قد عين كرئيس للجنة الأمنية العسكرية في حمص في [REDACTED][5] وقبل فرزه للعمل في اللجنة، كان اللواء حسون أحد معاوني مدير إدارة المخابرات العامة. أعلم أن اللواء علي أيوب، نائب رئيس هيئة الأركان، كان أول رئيس للجنة الأمنية و العسكرية بحمص و تم تغييره لاحقا باللواء حسون و من بعده بظباط أخرين من أجهزة الإستخبارات. على حد علمي، اللواء أيوب و بعد شغله لمنصب رئيس اللجنة الأمنية و العسكرية، تمت إعادته إلى دمشق، ولا أعلم إذا إستمرت سلطة اللواء أيوب على عمليات اللجنة. من خلال تجربتي المنصب الذي شغله اللواء حسون كان هو أعلى سلطة تشرف على العمليات العسكرية و الأمنية بحمص.

19. [REDACTED]

---

5. كانت اللجنة الأمنية والعسكرية في حمص حديثة التشكيل كجهة حكومية مهمتها الأساسية التنسيق المشترك بين العمليات الاستخبارية والعسكرية ضد المعارضة المدنية والجيش السوري الحر في حمص. وكان هناك سابقاً لجنة أمنية في حمص وكانت جزءاً من حزب البعث وكان يرأسها مدني غالبا يكون أمين فرع حزب البعث في المحافظة.

20. مع بداية الشهر الأول من عام 2012 تم استبدال اللواء حسون كرئيس للجنة الامنية و العسكرية في حمص وعين بدلاً منه اللواء رفيق شحادة وهو ضابط بارز من شعبة المخابرات العسكرية. [redacted] لشخص يدعى خالد الفارس والذي كان الذراع الأيمن لكل من اللواء حسون و اللواء شحادة.

21. كان خالد الفارس قبل الثورة مطلوباً من الحكومة كتاجر مخدرات معروف. وقد رأيت اسمه في قائمة المطلوبين في [redacted] 2012، كان الفارس يعمل مع النظام عبر تجنيد المخبرين ودعم الشبيحة، القوة شبه العسكرية في حمص.

22. وفي يناير/كانون الثاني وفبراير/شباط 2012، [redacted] خالد الفارس [redacted] لعب دوراً هاماً في اللجنة الأمنية و العسكرية في حمص. كان وسيطاً رئيسياً في تنظيم الأمور المالية لقوات الشبيحة ولجمع المعلومات الاستخباراتية من شبكة من المخبرين. [redacted] الفارس كان له خط اتصال مباشر بقناة خلفية مع شقيق الرئيس، ماهر الأسد و الذي كان يقود الفرقة الرابعة.

23. [redacted] اللواء شحادة الى الاجتماعات مع رؤساء فروع حمص الاستخباراتية ومع القادة العسكريين. وكانت هذه الاجتماعات تعقد بشكل أساسي في مقر فرع المخابرات العسكرية 261 وفي الكلية العسكرية للشؤون الفنية[6]، حيث استخدمت غرفة مؤتمرات خاصة للتخطيط للعمليات العسكرية.

**حصار بابا عمرو**

24. كمسؤول عن اللجنة الأمنية و العسكرية في حمص كان اللواء شحادة، مثل سلفه اللواء حسون، منخرطاً في تنسيق العمليات العسكرية والاستخباراتية في المعركة الرئيسية الأولى من الحرب الأهلية السورية: حصار بابا عمرو. [redacted]

---

6. كانت الكلية العسكرية للشؤون الفنية احدى كليات أكاديمية حمص العسكرية. وكما سنذكر أدناه، كانت الأكاديمية العسكرية واحدة من المواقع التي قصف النظام حمص منها.

25. بابا عمرو حي للطبقة العاملة ويقع في الجنوب الغربي من حمص ولكنه أصبح في غاية الأهمية لنظام الأسد الذي اعتبره حاضنة رئيسية للثورة. وكان المحتجون في بابا عمرو يظهرون في نشرات الأخبار الأجنبية و العربية كل الوقت بسبب وجود مركز إعلامي نشيط جداً فيه.

26. في خريف 2011 أسست مجموعة من ثوار الجيش السوري الحر قاعدة عمليات في بابا عمرو. بالرغم من أنه لم يكن عند الثوار دبابات أو مدفعية، تمكنوا من صد سلسلة من اقتحامات قوات النظام.

27. بين ديسمبر/كانون الأول 2011 وفبراير/شباط 2012 وضعت الحكومة بابا عمرو تحت الحصار بشكل كامل. حاصر الجيش كامل الحي بحواجز التفتيش والدبابات والمدفعية الثقيلة. ولم يسمح لأحد بالمغادرة وقطع النظام وسائل التواصل والماء والكهرباء ومنع الغذاء من الدخول إلى بابا عمرو بشكل منتظم.

28. بالرغم من أن قوات النظام طوقت بابا عمرو وكانت تقصفه بالمدفعية، كانت قوات النظام البرية غير قادرة على استعادة المنطقة. وأبقاهم الجيش السوري الحر عند محيط الحي حتى نهاية فبراير/شباط. في البداية كانت الوحدات العسكرية المشاركة في الحصار وحدات نظامية من الفرقتين 11 و18. ولكنها في النهاية تلقت تعزيزات من عناصر النخبة من الحرس الجمهوري والقوات الخاصة والفرقة الرابعة. بالاضافة لذلك، شاركت الوكالات الاستخباراتية الأربعة في حصار بابا عمرو ضمن تنسيق من اللجنة الأمنية و العسكرية في حمص.

29. [REDACTED] المسؤولين الأمنيين في اللجنة الأمنية و العسكرية في حمص، أولاً اللواء حسون ومن ثم اللواء شحادة والفارس [REDACTED] يقومون بتفتيش الخطوط الأمامية حول بابا عمرو. ومنذ بداية خريف 2011، [REDACTED] قوات النظام أخذت مواقع خلف أكياس الرمل حول الحي مع وجود قناصة وعربات مدرعة وأسلحة ثقيلة محملة على عربات. [REDACTED] قوات النظام تقصف الحي يومياً بأنواع مختلفة من المدفعية ومن ضمنها منظومات راجمات الصواريخ الروسية والكورية الصنع والدبابات وقذائف الهاون الـ 120 ملم والـ 160 ملم والـ 240 ملم. [REDACTED]

طائرات النظام بلا طيار تقوم بالمراقبة فوق حمص. وقد سميتهم أنا وزملائي بـ "الطائرات الطنانة" بسبب الصوت المميز الذي تصدره وهي تحوم فوقنا.

30. قصفت قوات النظام بابا عمرو من عدد من المواقع ومن ضمنها وادي الذهب (حي موالي للنظام) وأكاديمية حمص العسكرية و معسكر حسن ابن الهيثم وقاعدة شنشار وكلية مسكنة للدفاع الجوي.

31. في أواخر ديسمبر/كانون الأول 2011 وبداية يناير/كانون الثاني 2012، أرسلت جامعة الدول العربية بعثة لمراقبة الوضع في حمص. وأقامت البعثة في فندق السفير في حمص. أثناء الزيارة، [REDACTED] حكوميين من دمشق ومن ضمنهم آصف شوكت نائب وزير الدفاع وعلي مملوك مدير إدارة المخابرات العامة.

32. غادرت بعثة جامعة الدول العربية حمص في بداية يناير/كانون الثاني. ومنذ تلك اللحظة حاول نظام الأسد التحكم بكل المعلومات الصادرة من بابا عمرو. وكان المسار الرسمي أن بابا عمرو مليء بالإرهابيين وهذا ما تناقلته وسائل الإعلام الحكومية. ولكن في الواقع، كان واضحاً من خلال [REDACTED] اللواء شحادة والضباط الآخرين أن قوات النظام لم تميز بين الثوار المسلحين والناشطين المدنيين؛ كل من بقي في الحي اعتبر إرهابياً من الممكن (ويجب) أن تتم مهاجمته.

33. بالرغم من الظروف الخطيرة أثناء الحصار، استمرت وسائل الإعلام بتلقي تقارير إخبارية من داخل بابا عمرو. وعلمت الاجهزة الاستخباراتية عبر مصادر مختلفة أن الناشطين الإعلاميين قاموا بتهريب مرسلات بث فضائية تسمح لهم بتشغيل الإنترنت. وعلمنا في وكالات الاستخبارات أيضاً أن مركز بابا عمرو الإعلامي كان ينقل التقارير عن الحصار ويحمل مقاطع فيديو على الانترنت ويتحدث مع وكالات أنباء عالمية مثل السي إن إن والجزيرة. وعلمنا أيضاً أن المركز الإعلامي كان يستضيف صحفيين أجانب كانوا قد تسللوا إلى سورية لتغطية الثورة. وكان يشار دائماً إلى هؤلاء الناشطين الإعلاميين وهؤلاء الصحفيين – كما يشار إلى كل أعضاء المعارضة المشكوك بهم- كـ "إرهابيين" أو "داعمي الإرهاب" في مراسلات وكالات الاستخبارات.

**حملة استهداف وقتل الصحفيين في حمص**

34. منذ بداية ديسمبر/كانون الأول 2011 ، أشرفت اللجنة الأمنية و العسكرية في حمص على حملة لتحديد مكان المركز الإعلامي في بابا عمرو والصحفيين الأجانب في حمص للهجوم عليهم.

35. في نهاية ديسمبر/كانون الأول 2011 أو قرابة ذلك الحين، وقرابة انتهاء رئاسة اللواء نزيه حسون للجنة الامنية و العسكرية في حمص، ████ مذكرة من علي مملوك، مدير إدارة المخابرات العامة إلى رئيس اللجنة الامنية و العسكرية في حمص. تم تعميم هذه المذكر ████████████ ████ و قد توصلت بها أثناء خذمتي بهذا الفرع. جاء في المذكرة ما يلي: (1) تلقى علي مملوك معلومات من قوات أمنية لبنانية صديقة تفيد بأن مجموعة من الصحفيين الأجانب قد وصلوا إلى مطار بيروت. (2): تم نقل الصحفيين إلى الحدود السورية على يد أفراد من الحزب السياسي اللبناني "تيار المستقبل". (3): دخل الصحفيون سورية بدون موافقة النظام مسافرين إلى حمص. (4): اعتماداً على هذه المعلومات الاستخباراتية، أمر علي مملوك رئيس اللجنة الامنية و العسكرية في حمص بنقل أوامر لكل فروع المخابرات في حمص للتأكد من صحة التقارير والقبض على الصحفيين واتخاذ "كل الإجراءات اللازمة". وفهمت أن "اتخاذ كل الاجراءات اللازمة" تعني (محاولة إلقاء القبض على الصحفيين وفي حال تعذر ذالك يتم إستخذام قوة قاتلة) وهذا بالاعتماد على (تجربتي السابقة و بناءً على الإجراءات المتعارف عليها لدى الأجهزة الإستخباراتية، بحيث أن أمر "إتخاذ الإجراءات اللازمة" يعني أن القتل مشروع إذا إحتاج الأمر إلى ذالك).

36. بعد 3 أو 4 أسابيع جاءت مذكرة ثانية من علي مملوك إلى ████████████. في ذلك الوقت كان اللواء شحادة تسلم منصب رئيس اللجنة. ████████████ ████████████████████ ████████████████، توضح المذكرة أن مجموعة أخرى من الصحفيين دخلت سورية عبر لبنان بدون موافقة وتمكنت من عبور حدود الحصار والدخول الى بابا عمرو.

37. خلال الأسابيع القليلة التالية، تابع اللواء شحادة تلق تقارير استخباراتية تفيد بدخول صحفيين من السي إن إن والبي بي سي وجهات إعلامية أجنبية أخرى من لبنان إلى سورية وبأنهم أصبحوا في

بابا عمرو. رصدت الوكالات الاستخباراتية بانتظام أخبار التلفزيونات ومقالات الصحف وأكدت تلك الأخبار والمقالات أن الصحفيين ينقلون الأخبار من داخل بابا عمرو.

38. أصبحت مسألة ملاحقة هؤلاء الصحفيين الأولوية الأولى للجنة الامنية و العسكرية في حمص. أمر اللواء شحادة فروع المخابرات الأربعة في حمص بالبدء بعمليات المراقبة لتحديد مكان المركز الاعلامي في بابا عمرو وتحديد مكان أي صحفي أجنبي. أراد اللواء شحادة معرفة مواقعهم بالتحديد و إتخاذ الإجراءات اللازمة لكي يتمكن من إيقافهم عن نقل الأخبار. كما أراد أن يعرف إذا ما كانت الولايات المتحدة أو إسرائيل تقوم [REDACTED]

[REDACTED]

[REDACTED].

39. وجه اللواء شحادة مكتبين اثنين لاعتراض مراسلات الصحفيين ولتتبع مكان تواجدهم: قسم الحاسب الآلي والإشارة للمخابرات العسكرية الفرع 261 والقسم التقني لفرع المخابرات العامة [REDACTED]، [REDACTED]، [REDACTED] مكتبه ومكتب قسم الحاسب الآلي والإشارة في فرع المخابرات العسكرية 261 كانا يستخدمان جهازاً بإمكانه اعتراض أي بث فضائي قادم من بابا عمرو وأطلقوا عليها اسم "جهاز الراشدة" وَلا أعرف الإسم التقني للجهاز. وقد تم وضع هذا الجهاز في سيارة تطوف حول بابا عمرو تقوم بتلقي كل إشارات الهواتف الفضائية والأجهزة الأخرى التي يستخدمها الصحفيون. [REDACTED] أن الفرعين اعترضا وقاما بالتنصت على بث الأقمار الصناعية بانتظام ولكنهما واجها صعوبة في تحديد مكان مصدر المكالمات بدقة. و أعرف كذالك أنه كان يوجد أفرع مختصة بدمشق و التي كانت تقوم بالمراقبة التقنية في كل سوريا.

40. [REDACTED] خالد الفارس أن اللواء شحادة كلفه بشكل خاص بتجنيد مخبرين يمكنهم التجسس على مركز بابا عمرو الإعلامي، [REDACTED] [REDACTED] عن موقع الصحفيين الأجانب والمركز الإعلامي.

**اغتيال جيل جاكييه**

41.   نجحت حملة النظام في استهداف وقتل الصحفيين في حمص باغتيال مراسل أجنبي آخر على الأقل:
المراسل الفرنسي جيل جاكييه.

42.   [7.] ███████████████████████████████████████████

43.   ███████████████████████████████████████████
███████ شقيق الرئيس، ماهر الأسد والعميد غسان بلال رئيس أمن الفرقة الرابعة.
███████████████████.

44.   ███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

45.   أن ماهر الأسد والعميد بلال ███████████████
يمولان عملياته وأن النقود ستساعد في دفع المال للمخبرين. ███████
███████████████████████████████████████████
███████████████████████████████████.

46.   وائل سلامة في حمص وكان سلامة " قواداً" معروف ███████████
وعندنا له ملف في ███████.

47.   ███████████████████████████████████████████
███████████████████████████████████████████

---

7.   ███ أنه جرى بعد موت جيل جاكييه 11 يناير/كانون الثاني 2012 وقبل موت ماري كولفن 22 فبراير/شباط 2012.

.48 [REDACTED] سلامة هو عضو الشبيحة الذي نظم اغتيال المراسل الصحفي الفرنسي جيل جاكييه في 11 يناير/كانون الثاني 2012. [REDACTED] في بداية ذلك الشهر دعت الحكومة السورية وفداً من الصحفيين الأجانب ومن بينهم جاكييه إلى جولة في حمص وأتو إلى حمص في نفس الوقت الذي أتى فيه المراقبون من بعثة الجامعة العربية إليها. وفي أحد الأيام أحضرت المخابرات الصحفيين إلى حي عكرمة الجديد في حمص لحضور مسيرة مؤيدة للنظام. كان الأمر برمته مدبراً. وقد رسمت قوات المخابرات بالتعاون مع وائل سلامة وشبيحته مسار المسيرة. عند وصول المتظاهرين إلى المكان المتفق عليه، أطلق وائل سلامة وأحد الشبيحة قذيفة أر بي جي على المظاهرة من مدرسة قتيبة المجاورة وقتل وجرح الكثير من الناس. وفي هذه الفوضى أسرع جاكييه والصحفيون الآخرون لتوثيق هذا الهجوم برفقة عناصر من المخابرات. وعندما وصل جاكييه إلى مكان متفق عليه مسبقاً، أطلقت قوات النظام قذيفة هاون على مكان تواجده. جرح جاكييه ولكنه بقي حياً. جاء سلامي إلى المكان وأخذ جاكييه في تاكسي وليس في سيارة إسعاف لأن دور سلامة المخطط له مسبقا كان التأكد من أن جاكييه لن يبقى حياً. وبالفعل مات جاكييه وقامت الحكومة بنشر قصة مفبركة بأن قوات من الثوار قتلوه.

.49

**اغتيال ماري كولفن**

.50 في بداية عام 2012، تلقى اللواء شحادة تقارير يومية بأن وحدات المراقبة الالكترونية كانت تعترض الإرسال وبأن الصحفيين الأجانب كانوا ينقلون الأخبار عن الواقع في حمص. ومع مرور الوقت، كثفت اللجنة الأمنية و العسكرية في حمص جهودها لتحديد مكان المركز الإعلامي في بابا عمرو وأماكن الصحفيين الأجانب ولكن دون جدوى. ازداد غضب اللواء شحادة كون القوات العسكرية والاستخباراتية كانت عاجزة عن تحديد وضرب أماكن البث. [REDACTED] [REDACTED] وفي وقت آخر في منتصف

فبراير/شباط 2012

أن شحادة تلقى تقريراً للتو يفيد بأن فريقاً من الصحفيين يغادر حمص متجهاً إلى لبنان. وعرف اللواء شحادة أن المهربين يستخدمون أنفاق المياه لتسلل الصحفيين من وإلى حمص. لذلك أمر وحدة مدفعية بقصف المنطقة المحيطة بالنفق. وعندما علم اللواء شحادة أن الصحفيين نجوا من الهجوم ازداد غضبه.

51. في 21 فبراير/شباط 2012 حوالي الساعة العاشرة مساء

عندها معلومات عن المركز الإعلامي والصحفيين الأجانب، إنها تعرف مكانهم وأين يمضون الليلة،

.

52. المخبرة

اسم الشارع الذي يوجد فيه مركز بابا عمرو الإعلامي وحتى أنها أخبرته اسم مالك المنزل

.

53.

، وكما فهمت من التعامل السابق مع العميد بلال بأن "المعلم" هو ماهر الأسد.

.54 [redacted]، [redacted] غرفة العمليات في كلية الشؤون الفنية العسكرية.[8]

.55 [redacted].[9]

.56 [redacted] أدخل الفارس المرأة والرجل إلى غرفة العمليات [redacted]. كان اللواء شحادة وآخرون موجودين في الغرفة [redacted]. وعندما فتح الباب رأيت عرض صورة جوية لبابا عمرو على الشاشة.

.57 [redacted] أحدهم كان العميد عصام زهرالدين وهو ضابط معروف من الحرس الجمهور و العقيد علي سليم و هو من الحرس الجمهوري [redacted] أنه رائد وأنه من القوات الخاصة من خلال عبارة "القوات الخاصة" المكتوبة على كم بذلته.

.58 انتهى الاجتماع في ساعات الصباح الباكر من 22 فبراير/شباط 2012. غادر الفارس غرفة الاجتماعات وهو يحمل مغلفاً أصفراً كبيراً، وهو النمط المستخدم عادة للتقارير الاستخباراتية. [redacted]

---

.8 كلية الشؤون الفنية العسكرية هي أحد الكليات في أكاديمية حمص العسكرية و التي يديرها الجيش السوري في حي الوعر في حمص.

.9 [redacted] اللواء شحادة. فقد استخدم غرفة المؤتمرات الكبيرة هذه المزودة بجهاز عرض وشاشة للقاء الضباط العسكريين وضباط المخابرات والتخطيط للعمليات المشتركة في حمص

[redacted] "أعط هذا لرئيس قسم الحاسب الآلي والاشارة ليتحقق منه".

.59 [redacted]

.60 [redacted] نائب رئيس قسم الحاسب الآلي والإشارة من الفرع 261 [redacted]، لا أتذكر اسمه ولكنني أعرف منصبه. [redacted] "كان هناك إرسال هذه الليلة من نفس الموقع" ومن ثم ذهب ليخبر اللواء شحادة وبعد [redacted] وقال [redacted]: "المعلم في غاية السعادة".

.61 [redacted]

.62 [redacted] الصباح [redacted] مركز بابا عمرو الإعلامي قد قصف وأن الصحفيين قد قتلوا. أقام اللواء شحادة احتفالاً في مكتبه ووصل عدد من الضباط العسكريين وضباط المخابرات إلى مكتبه و قد قام اللواء شحادة بشكرهم و تهنئتهم و منهم:

- العميد عصام زهر الدين (قائد العمليات العسكرية الخاصة بالحرس الجمهوري بحمص)
- العقيد علي سليم (حرس جمهوري)
- العميد حسام لوقا (رئيس فرع الأمن السياسي بحمص)
- العقيد صايل داوود (رئيس فرع المخابرات الجوية بالمنطقة الوسطى)
- العقيد فراس الحامد (رئيس فرع المخابرات العامة 318 بحمص)

- العقيد عقاب عباس (نائب العميد فراس الحامد)،
- و أعتقد أن العميد محمد زمريني (رئيس فرع المخابرات العسكرية 261 بحمص)، كان هو الأخر حاضراً.

وبعد لحظات، أعلن [REDACTED] وصول [REDACTED] من القوات الخاصة. وكما ذكرت سابقا، حضر كل من العميد زهرالدين والعقيد سليم و [REDACTED] الاجتماع في غرفة العمليات في الليلة السابقة.

63. [REDACTED]، هنأه الفارس وقال: "ستحصل على ترقية قريباً"، [REDACTED]: "هل هو من قام بالهجوم؟" [REDACTED]: "نعم".

64. حوالي الساعة الـ11 صباحا، وصل كل من العقيد فراس الحامد، مدير فرع المخابرات العامة 318 [REDACTED] المراقبة الإلكترونية قد أكدت أن ماري كولفن وريمي أوشلك قد قتلا في الهجوم. [REDACTED] اعترض مكالمات من بابا عمرو تطلب المساعدة لإخلاء الجثث والناجيين.

65. بينما كان موظفو اللواء شحادة يحتفلون ويشربون [REDACTED] [REDACTED] يقول: "تلك العاهرة العمياء كانت إسرائيلية"، أجاب شحادة: "كانت ماري كولفن كلبة والآن هي ميتة، خلي الأمريكان ينفعوها الأن".

66. بعد أيام قليلة، تلقى الفارس سيارة جديدة: هيونداي جينسس سوداء [REDACTED] السيارة هدية من ماهر الأسد مكافأة على العملية الناجحة.

67. وبعد ذلك تم ترقية اللواء رفيق شحادة ليصبح رئيساً لشعبة المخابرات العسكرية.

أصرح تحت عقوبة شهادة الزور في قانون الولايات المتحدة الأمريكية أن ما سبق هو الحقيقية وأنه صحيح حسب أفضل ما يمكنني تذكره.

تم في 9 - 28، 2017

ULYSSES

يوليسيز