# Annex 5

# Exhibit D

[TRANSLATION]

# GLOSSARY OF KEY ENTITIES AND PERSONS

## ENTITIES

| Name | Description |
|---|---|
| Air Force Intelligence Directorate | One of Syria's four intelligence agencies |
| Branch 261 | Homs branch of Military Intelligence |
| Branch 318 | Homs branch of General Intelligence |
| Fourth Division | One of the elite units of the Syrian Army under the control of Maher al-Assad, brother of Syrian President Bashar al-Assad |
| Free Syrian Army | Rebel group formed in the summer of 2011 by army defectors and civilians |
| General Intelligence Directorate (GID) | One of Syria's four intelligence agencies |
| Homs Military-Security Committee | Special committee formed by the Syrian government to coordinate joint military and intelligence operations against the opposition movement in Homs |
| Local Coordination Committees | Network of local groups that organized and reported on the Syrian revolution as part of the opposition movement |
| Military Intelligence Department | One of Syria's four intelligence agencies |
| *Mukhabarat* [lit. "Intelligence"] | Commonly used as short-hand for Syria's four intelligence agencies: *General Intelligence Directorate, Military Intelligence Department, Air Force Intelligence Directorate, Political Security Department* |
| National Security Bureau | Office that coordinates the activities of the four intelligence agencies |
| Political Security Department | One of Syria's four intelligence agencies; Security department within the Ministry of the Interior |
| Republican Guard | One of the elite divisions of the Syrian Army |
| *Shabiha* [lit. "Ghosts"] | Paramilitary groups financed and equipped by the Syrian government |
| Special Forces | One of the elite divisions of the Syrian Army |
| Tayyar al-Mustaqbal | Lebanese political party |

[TRANSLATION]

## PERSONS

| Name | Description |
|---|---|
| Oqab Abbas | Colonel; Deputy to Colonel Firas al-Hamed |
| ▮▮▮▮ | ▮▮▮▮ |
| Bashar al-Assad | President of Syria (2000-present); Commander-in-Chief of Syrian Army and Armed Forces; Son of Hafez al-Assad |
| Hafez al-Assad | President of Syria (1971-2000) |
| Maher al-Assad | Brother of Bashar al-Assad; Commander of Syrian Army's elite Fourth Division |
| Ali Ayoub | Major General; First head of the Homs Military-Security Committee; Deputy Chief of Staff of the Syrian Army |
| Ghassan Belal | Brigadier General; In charge of security operations for the Fourth Division |
| Sayel Daoud | Colonel; Head of the Branch in the Central Region, Air Force Intelligence Directorate |
| Khaled al-Fares | Drug trafficker; Financial middle-man and organizer for *shabiha* in Homs on behalf of Syrian government; Maintained network of informants in Baba Amr; Direct connection to Maher al-Assad |
| ▮▮▮▮ | ▮▮▮▮ |
| ▮▮▮▮ | ▮▮▮▮ |
| Firas al-Hamed | Colonel; Head of General Intelligence Branch 318 |
| Nazih Hassoun | Major General; Second head of Homs Military-Security Committee; One of the Deputy Directors in the General Intelligence Directorate |
| Gilles Jacquier | French journalist killed in Syria |
| Hussam Luka | Brigadier General; Head of the Homs Branch, Political Security Department |
| Ali Mamluk | Major General; Director of the General Intelligence Directorate |
| Wael Salamah | *Shabiha* paramilitary; organized assassination of Gilles Jacquier |
| Ali Salim | Colonel in the Republican Guard |
| Rafiq Shahadah | Major General; Third head of Homs Military-Security Committee; Senior official from the Military Intelligence Department |
| Assef Shawkat | Deputy Minister of Defense; Brother-in-law of President Bashar al-Assad |
| ▮▮▮▮ | ▮▮▮▮ |
| Issam Zahreddine | Brigadier General; Commander of Republican Guard forces in Homs |
| Muhammad Zemrini | Brigadier General; Head of Military Intelligence Branch 261 |



**ARABIC LANGUAGE ASSOCIATES, LLC**
P.O. Box 51 Sharon, MA 02067
Tel: 781-784-0425
Email: info@arabiclanguageassociates.com

# TRANSLATOR DECLARATION

**SHARON, MASSACHUSETTS, USA**

Date: March 7, 2018

To whom it may concern:

I, Irina B. Sears, hereby declare and say:

1. I am a translator and editor. I hold a B.A. in Biochemistry from The University of Texas at Austin; I hold a Master's degree in Human Nutrition and Nutritional Biology from the University of Chicago; I hold a Professional Certificate in Arabic to English Translation from the American University in Cairo and I have been working in the translation field for 13 years.

2. I am thoroughly familiar with both the English and Arabic languages, by virtue of, as to English, having English as my native tongue and, as to Arabic, having all my years of study and practice as an Arabic to English translator and editor in various fields including legal translations.

3. On March 7, 2018, I produced the translation into English of an Arabic document received by my office, designated as: **Exhibit B to DECLARATION OF "ULYSSES", dated September 28, 2017**.

4. The attached translation is a true and accurate English version of the original drafted in Arabic.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of March, 2018, SHARON, MASSACHUSETTS, USA.

Signature of Irina B. Sears

*American Translators Association*
*ata*
*Irina B. Sears*
*Arabic into English*
*Certification #465608*
*Certified Translator*

Verify at www.atanet.org/verify

<u>قائمة بأسماء الجهات والشخصيات الأساسية</u>

الجهات

| الاسم | التوصيف |
|---|---|
| إدارة المخابرات الجوية | واحدة من وكالات الاستخبارات السورية الأربع |
| الفرع 261 | المخابرات العسكرية فرع حمص |
| الفرع 318 | إدارة المخابرات العامة فرع حمص |
| الفرقة الرابعة | إحدى فرق النخبة في الجيش العربي السوري تحت قيادة ماهر الأسد، شقيق الرئيس السوري بشار الأسد |
| الجيش السوري الحر | مجموعة من الثوار تشكلت في صيف 2011 من منشقين عن الجيش و مدنين |
| إدارة المخابرات العامة | واحدة من وكالات الاستخبارات السورية الأربع |
| اللجنة الأمنية و العسكرية في حمص | لجنة خاصة شكلتها الحكومة السورية لتنسيق العمليات العسكرية والاستخباراتية المشتركة ضد حركة المعارضة في حمص |
| لجان التنسيق المحلية | شبكة من المجموعات المحلية نظمت ونقلت أخبار الثورة السورية كجزء من حركة المعارضة |
| شعبة المخابرات العسكرية | واحدة من وكالات الاستخبارات السورية الأربع |
| مخابرات | يستعمل عادة بشكل مختصر للإشارة لوكالات الاستخبارات السورية الأربع: إدارة المخابرات العامة، شعبة المخابرات العسكرية، إدارة المخابرات الجوية، شعبة الأمن السياسي |
| مكتب الأمن القومي | مكتب ينسق نشاطات الوكالات الاستخبارات الأربع |
| شعبة الأمن السياسي | واحدة من وكالات الاستخبارات السورية الأربع و تتبع لوزارة الداخلية |
| الحرس الجمهوري | إحدى فرق النخبة في الجيش السوري |
| شبيحة | مجموعات شبه عسكرية تمولها وتسلحها الحكومة السورية |
| القوات الخاصة | إحدى فرق النخبة في الجيش السوري |
| تيار المستقبل | حزب سياسي لبناني |

الشخصيات

| التوصيف | الاسم |
|---|---|
| عقيد، نائب العقيد فراس الحامد | عقاب عباس |
| | |
| رئيس سورية (من عام 2000 – حتى الآن)<br>القائد العام للجيش و القوات المسلحة<br>ابن حافظ الأسد | بشار الأسد |
| رئيس سورية (من عام 1971 حتى 2000) | حافظ الأسد |
| شقيق بشار الأسد، قائد الفرقة الرابعة في الجيش السوري | ماهر الأسد |
| لواء، أول رئيس للجنة الأمنية و العسكرية في حمص<br>نائب رئيس هيئة الأركان | علي أيوب |
| عميد، مسؤول عن العمليات الأمنية في الفرقة الرابعة | غسان بلال |
| عقيد، رئيس فرع المخابرات الجوية بالمنطقة الوسطى | سايل داوود |
| تاجر مخدرات، وسيط مالي ومنظم للشبيحة في حمص باسم الحكومة السورية؛ لديه شبكة مخبرين في بابا عمرو وله تواصل مباشر مع ماهر الأسد | خالد الفارس |
| | |
| عقيد، رئيس فرع المخابرات العامة 318 | فراس الحامد |
| لواء، ثاني رئيس للجنة الأمنية و العسكرية في حمص<br>أحد معاون لمدير إدارة المخابرات العامة | نزيه حسون |
| صحفي فرنسي قتل في سوريا | جيل جاكييه |
| عميد، رئيس فرع الأمن السياسي بحمص | حسام لوقا |
| لواء، رئيس إدارة المخابرات العامة | علي مملوك |
| شبيح (قوات شبه عسكرية)، نظم اغتيال جيل جاكييه | وائل سلامة |
| عقيد، حرس جمهوري | علي سليم |
| لواء، ثالث رئيس للجنة الأمنية و العسكرية بحمص<br>ظابط رفيع المستوى من شعبة المخابرات العسكرية | رفيق شحادة |
| نائب وزير الدفاع، صهر الرئيس بشار الأسد | آصف شوكت |
| | |
| عميد، قائد قوات الحرس الجمهوري في حمص | عصام زهر الدين |
| عميد، رئيس فرع المخابرات العسكرية 261 | محمد زمريني |