# Annex 7

# Exhibit D

[TRANSLATION]





ARABIC LANGUAGE ASSOCIATES, LLC
P.O. Box 51 Sharon, MA 02067
Tel: 781-784-0425
Email: info@arabiclanguageassociates.com

# TRANSLATOR DECLARATION

**SHARON, MASSACHUSETTS, USA**

Date: March 7, 2018

To whom it may concern:

I, Irina B. Sears, hereby declare and say:

1. I am a translator and editor. I hold a B.A. in Biochemistry from The University of Texas at Austin; I hold a Master's degree in Human Nutrition and Nutritional Biology from the University of Chicago; I hold a Professional Certificate in Arabic to English Translation from the American University in Cairo and I have been working in the translation field for 13 years.

2. I am thoroughly familiar with both the English and Arabic languages, by virtue of, as to English, having English as my native tongue and, as to Arabic, having all my years of study and practice as an Arabic to English translator and editor in various fields including legal translations.

3. On February 6, 2018, I produced the translation into English of an Arabic document received by my office, designated as: **Exhibit D to DECLARATION OF "ULYSSES", dated September 28, 2017.**

4. The attached translation is a true and accurate English version of the original drafted in Arabic.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of March, 2018, SHARON, MASSACHUSETTS, USA.

Signature of Irina B. Sears

*American Translators Association*
*ata*
Irina B. Sears
Arabic into English
Certification #465608
*Certified Translator*

Verify at www.atanet.org/verify

