# Annex 9

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHLEEN COLVIN, individually and as parent and next friend of minors C.A.C. and L.A.C., heirs-at-law and beneficiaries of the estate of MARIE COLVIN, and JUSTINE ARAYA-COLVIN, heir-at-law and beneficiary of the estate of MARIE COLVIN, <br><br> *Plaintiffs,* <br><br> v. <br><br> SYRIAN ARAB REPUBLIC, <br><br> *Defendant.* | Civil No. 1:16-cv-01423 (ABJ) |

## DECLARATION OF JOHN DOE

I, John Doe, declare as follows:

1. I am over 18 years of age and have personal knowledge of the facts set forth in this Declaration. If called as a witness, I would testify competently to such facts under oath.

2. I am a journalist of Syrian origin and fluent in Arabic and English. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉.

3. I am currently a refugee and lawful resident of a Western nation, where I work as a ▉▉▉ for ▉▉▉▉▉▉▉▉ news agency. I believe I am wanted by the regime of the Syrian dictator Bashar al-Assad for criticizing the Syrian government in the media. For security reasons, I am withholding my real name and other personal identifiers including a pseudonym I have used over the past few years.

1

### The Syrian Revolution and Founding of the Baba Amr Media Center

4.      In the spring of 2011, thousands of people took to the streets of Homs to protest against the authoritarian regime of Bashar al-Assad. These protests were part of what western media call the "Arab Spring": a wave of protests calling for democracy that swept the Middle East and North Africa in 2011. I attended demonstrations in Homs throughout 2011 and early 2012.

5.      During the early months of the Syrian revolution in 2011, the demonstrations I attended were non-violent, but Syrian security forces and the army brutally attacked them. For example, on or around April ▋ 2011, I attended my first demonstration in Homs and personally saw Syrian government forces open fire on civilian demonstrators who were both peaceful and unarmed.

6.      I was inspired to do media activism after I realized that the state-controlled media in Syria was misrepresenting the violence of the Assad regime's crackdown. I often watched coverage of the crisis on Syrian State TV, operated by the Ministry of Information, and Addounia TV, a pro-regime television network. These media outlets claimed that the demonstrators were terrorists and religious extremists, supported by Israel or the United States. But I saw a very different situation in Homs. The demonstrators were not sectarian. They did not resort to terrorism or violence. I began to realize that the state-controlled media was promoting a false narrative. I also learned from news reports that many foreign news agencies were getting kicked out of the country after reporting on demonstrations around Syria. So I decided to document what was really happening in Homs.

7.      On my own, ▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋. There were other activists in Homs who, like me, were trying to document

the revolution. Eventually, around the time of Ramadan in the summer of 2011, I joined a group of activists who formed the Baba Amr Media Center ("Media Center" or "Center"). This was a collective of media activists dedicated to filming the protests, documenting human rights abuses, and sharing information with the international media. There was no single leader. The core group of activists all worked under pseudonyms for security reasons: Khaled Abu Salah, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ We were all volunteers. Khaled Abu Salah studied Arabic literature, so he was more of a spokesman. Since I worked with computers, I handled technical matters. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

8. At first, we worked out of different apartments and used a regular Internet connection to get online. We used Tor and other proxy servers to mask our location from the regime. By the end of 2011, we had acquired a portable satellite transmitter that we used to connect to the Internet without going through a public Internet service provider. Using this connection, we could film protests and human rights abuses, ▓▓▓▓▓▓▓▓▓▓▓▓, and share them on Facebook.

9. I regularly filmed videos of pro-democracy demonstrations, and regime artillery and sniper attacks. On a number of occasions, I interviewed relatives of individuals that had been abducted by regime security forces that had reportedly been killed under torture. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

10. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓



## The Siege of Baba Amr

11. Through my work as a journalist, I tracked and observed the security situation in Baba Amr. In the fall of 2011, the regime intensified its attacks on the opposition. In response, a group of defectors from the Syrian army took up arms with local volunteers in Baba Amr to defend themselves. This was a small group of rebels, not even at battalion strength. I never saw them possessing any artillery or weaponry heavier than Kalashnikov rifles or rocket-propelled grenades. They identified with the Free Syrian Army ("FSA") but in reality, the FSA was just a label for a loose umbrella of different rebel groups.

12. In or around November or December 2011, the rebels formed self-defense groups, positioned at the entrances to Baba Amr to block the regime forces and defend the demonstrators. Eventually, this became a frontline around Baba Amr, where the rebels clashed with regime forces. The regime's tanks and artillery were shelling Baba Amr regularly. Government snipers were firing indiscriminately into the neighborhood.

13. The Media Center was not affiliated with the rebels and was not involved in these attacks. To my knowledge, none of the Media Center activists participated in the rebels' armed

operations. Nor to my knowledge did they participate in planning any military operations. I never participated in any combat during the siege of Baba Amr. In fact, I never served in the army and I don't even know how to use any weapons.

14. The Media Centers had limited dealings with the rebels. Rebels would sometimes give us situation reports about what was happening so we could report it out to the world. When foreign journalists entered Homs, the rebels would escort them into the city and drop them off at our Media Center. But the rebels did not maintain any kind of headquarters or base at the Media Center. I did not interact very much with the rebels while I was working at the Media Center. There were only a few rare instances where I recall seeing rebels visit the Media Center, either to give interviews or make social visits with friends or neighbors at the Center. On one occasion, in or around February 2012, a few rebels visited the Media Center and one of the other activists told me they were there to use the Internet so that they could negotiate with the regime via Skype.

15. In December 2011, the Arab League sent a team of monitors to Homs. The regime's attacks on the neighborhood slowed down in intensity during the Arab League mission. But once they left in January 2012, the regime attacks intensified.

16. In early February 2012, the regime launched an intense artillery attack against the neighborhood, which continued until March. The shelling was systematic, it happened every day. They would shell with tanks, rocket launchers, and artillery field guns. It would start from one side of Baba Amr for 30 minutes or so, then adjust to the other side gradually in waves. They were saturating the area with shells. The shelling was not hitting the frontlines. It was hitting residential houses, mosques, and water towers in the center of the neighborhood. We felt like we were being punished for going out and protesting.

### Hosting Foreign Journalists at the Baba Amr Media Center

17. Throughout January and February 2012, several foreign journalists visited Baba Amr to cover the siege. We hosted them at the Media Center. Several foreign journalists told me that they could not get visas to enter Syria. And even if they could, the government would restrict what they could see and report on. So the foreign journalists smuggled themselves into Syria from Lebanon.

18. The Media Center did not directly organize the smuggling operations. There was an NGO in Lebanon called ▮▮▮, and other groups there, who had set up a network to bring medical supplies and other goods into Homs from Lebanon. The foreign journalists used this network to get across the Syrian border and sneak into Baba Amr. The Media Center would often just receive them when they arrived. Sometimes they would show up at the Media Center without any advance notice.

19. In or around mid-February, several teams of foreign journalists entered Homs in this way. One team included Paul Wood from BBC. Another from CNN included Arwa Damon. We hosted them at the Media Center. We shared living quarters, meals, and our Internet connection. Above all, we shared information and stories about the attacks on Baba Amr. We also guided them around the neighborhood. We showed them the improvised field hospital, where volunteers treated the wounded, and an underground shelter where women and children hid from the shelling.

20. Around the same time that Arwa Damon and the CNN team were staying with us, another team arrived, including Marie Colvin and Paul Conroy from the British newspaper, the *Sunday Times*.

21. Then one day, the Media Center activists convened a meeting to discuss the security situation. We had already been under heavy shelling, but that day, we heard a rumor that the Assad regime was about to escalate its attack and that it would be very dangerous for the journalists and everyone at the Media Center. We decided to evacuate the foreign journalists out of Homs and to split those at the Center into two teams. One team would go with journalists and stay outside of Homs. The other team would stay in Baba Amr.

22. ██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
████████████████████████

23. ██████████████████████████████████████
████████████    ██████████████████████
██████████████████████████

### The Attack on the Baba Amr Media Center: February 22, 2012

24. On the morning of February 22, 2012, around 9:30 AM local time, ████████ audio call through Skype ███████████████████████████████ At the time of the call, ████████████ at the main office of the Media Center in the Baba Amr neighborhood.

25. ██████████████████████████, I heard a series of explosions ████████████
██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
██ ███████████████████████████████████
██████████████████████████████████████

7

██████████████████████████████████████████████ ████████
████████████████████████████████████████████████████████
███████████████████, ███████████████████████████████
██████ █████████████████████████████████ █████████████
████████████████████████████████████████████████████████
███████████████ █████████████████████████████████
████████████████████████████████████████████████████████
███████████, ████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████ ██████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
██████████████████████████████████████ █████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
███████████████████████████████.

26.   ████████████████████████████████████████████████
████████████████████████████████████████████████████. I
████████████████████████████████.

27.   A CD-ROM containing a true and correct copy of this video is attached to this Declaration as **Exhibit D.** Attached as **Exhibit E** is an accurate transcript of the video ████

8

████████████████, as well as a certified English translation of the same. The video recording and transcript fairly and accurately depict the events ████████████████ on the morning of February 22, 2012.

28. Following the siege of Baba Amr, I escaped to ██████ After arriving in ██████ I contacted western journalists to continue working as a citizen journalist. I eventually ended up volunteering with ████████████████ as a fixer. From what I understood at the time, ██ had withdrawn most of its staff from Damascus out of security concerns given that no one inside Syria would be able to report the truth without fear of reprisal by the regime—this is why they had to rely on Syrian media activists like me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my recollection.

Executed on _September 25_, 2017.

_John Doe_
John Doe

9