# Annex 12

# Gzj kdkv E

[TRANSLATION]

**00:00 –** ▮▮▮▮▮▮▮ : Homs, Baba Amr, 2/7/2012, T-72 tanks and shilka are surrounding and bombarding the neighborhood.

**00:13 –** [Sounds of explosions]

**00:18 –** [Sound of video is lost]



**ARABIC LANGUAGE ASSOCIATES, LLC**
P.O. Box 51 Sharon, MA 02067
Tel: 781-784-0425
Email: info@arabiclanguageassociates.com

# TRANSLATOR DECLARATION

**SHARON, MASSACHUSETTS, USA**

Date: March 7, 2018

To whom it may concern:

I, Irina B. Sears, hereby declare and say:

1. I am a translator and editor. I hold a B.A. in Biochemistry from The University of Texas at Austin; I hold a Master's degree in Human Nutrition and Nutritional Biology from the University of Chicago; I hold a Professional Certificate in Arabic to English Translation from the American University in Cairo and I have been working in the translation field for 13 years.

2. I am thoroughly familiar with both the English and Arabic languages, by virtue of, as to English, having English as my native tongue and, as to Arabic, having all my years of study and practice as an Arabic to English translator and editor in various fields including legal translations.

3. On January 19, 2018, I produced the translation into English of an Arabic document received by my office, designated as: **Exhibit C to DECLARATION OF JOHN DOE, dated September 25, 2017**.

4. The attached translation is a true and accurate English version of the original drafted in Arabic.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of March, 2018, SHARON, MASSACHUSETTS, USA.

*[Signature]*
Signature of Irina B. Sears

*[Seal: American Translators Association — Irina B. Sears, Arabic into English, Certification #465608, Certified Translator]*

Verify at www.atanet.org/verify

00:00 - ▮▮▮▮: حمص، بابا عمر، 7/2/2012، دبابات ت-72 و شلكة تحاصر وتقصف الحي.

00:13 - [أصوات انفجارات]

00:18 - [يتم فقدان الصوت]