# Annex 14

# Exhibit E

[TRANSLATION]

0:45 – [Background noise on Skype that sounds like an explosion]

0:48 – [■■■■■■■■] Oh gosh.

0:50 – [Indistinguishable voices on Skype in different languages]

0:52 – [■■■■■■■■■■■■■ in English][1] Yes.

0:59 – [■■■■■■■■■■■■■ in English] We have to go back.

[Speech unclear]

1:05 – [■■■■■■■■] What's happening on your end?

1:12 – [■■■■■■■■■■■■] Yes, yes.

1:13 – [■■■■■■■■] What's happening on your end?

1:18 – [■■■■■■■■■■■■■■■■■■■■■■■■■■■] C'mon, c'mon! To the house! Turn around! Turn around! Turn around! Let us go to our house!

[■■■■■■■■■■■■■] It came out.[2]

[■■■■■■■■■■■■■■■■■] Come here! Stay here! Stay here! Come here fast!

1:39 – [■■■■■■■■■■] Come here right away.

1:51 – [■■■■■■■■■■] Ok

1:54 – [■■■■■■■■■■] One moment, one moment, one moment!

1:58 – [■■■■■■■■■■■■ in English] Just one bag.

2:00 – [Background noise on Skype that sounds like an explosion]

2:02 – [■■■■■■■■■■] C'mon, brother.

2:04 – [■■■■■■■■■■] Go! Go!

2:34 – [■■■■■■■■■■] Yes, yes. [Speech unclear]

2:36 – [■■■■■■■■■■■■ in Arabic] C'mon c'mon quickly, come, come here!

---

[1]   Translator's Note: Unless otherwise indicated, the original language is Arabic.

[2]   Clarification by ■■■■■■■■: Usually residents or activists use the term "it came out", which means that the shell has come out of the cannon and the sound of its whistle has been heard. The person here says that the shell has been fired, urging the activists to take cover.

1

[TRANSLATION]

[▇▇▇▇▇▇▇▇▇▇▇▇ in English] Come here, come here, beside me!

3:12 – [Skype disconnects, typing in the background and attempts to call again]

3:36 – [Indistinguishable voices on Skype]

3:38 – [▇▇▇▇▇▇▇▇▇] Get up, get up and stand up!

3:50 – [▇▇▇▇▇▇] Abu Abdo what's happening?

3:54 – [Indistinguishable voices on Skype]

3:55 – [▇▇▇▇▇▇] Abu Abdo?

3:58 – [Background noise on Skype that sounds like an explosion]

4:00 – [▇▇▇▇▇▇▇▇▇ in English] We'll get help, everyone ok?

4:03 – [Indistinguishable voices yelling on Skype, including a woman's voice shouting something indecipherable]

4:08 – [▇▇▇▇▇▇▇▇▇] Ok, did anyone go outside here?

4:10 – [▇▇▇▇▇▇] Abu Abdo?

4:12 – [▇▇▇▇▇▇▇▇▇▇▇] No, no.

4:15 – [Speech unclear]

4:19 – [▇▇▇▇▇▇▇▇▇ in English] No, no, I told you to leave him! [Speech unclear]

4:40 – [Background noise on Skype that sounds like an explosion; indistinguishable voices]

4:44 – [▇▇▇▇▇▇▇▇▇ in English] No, I'm hit.  I need a tourniquet on my leg.

4:50 – [▇▇▇▇▇▇▇▇▇ in English] I can't move!

4:57 – [▇▇▇▇▇▇▇▇▇ in English] I need a tourniquet around my leg!

4:58 – [Background noise on Skype that sounds like a big explosion; indistinguishable voices]

5:00 – [▇▇▇▇▇▇▇▇▇ in English] No, no, wait!  Move up to that side wall.  Come on!  Come on!

5:15 – [Camera pans to computer clock, which indicates that the time is 9:39 am and the date February 22, 2012]

5:20 – [▇▇▇▇▇▇▇▇▇▇▇ in English] Come on Paul, try to come.

5:21 – [▇▇▇▇▇▇▇▇▇ in English] I can't move!

2

[TRANSLATION]

5:26 – [▮▮▮▮▮▮▮ in English] She's bleeding.

5:29 – [▮▮▮▮▮▮▮] [Speech unclear]

5:39 - [▮▮▮▮▮▮▮] It came out, it came out

5:46 – [Background noise on Skype that sounds like an explosion; a woman's voice screaming something indecipherable]

5:47 – [▮▮▮▮] Oh my God.

5:59 – [Indistinguishable voices shouting on Skype]

6:01 – [▮▮▮▮▮▮▮ in English] Are you ok?

6:16 – [Indistinguishable voices on Skype]

6:17 – [▮▮▮▮] Abu Abdo, who's here?  Who can hear me?

6:35 – ▮▮▮▮▮▮▮▮] Here! Here!

6:48 – [▮▮▮▮▮▮▮] Come! Come!

7:04 – [Speech unclear]

7:05 – [Background noise sounding like a big explosion and indistinguishable voices on Skype]

7:06 – [▮▮▮▮▮▮▮ in English] Go, go, go!

7:08 – [▮▮▮▮▮▮▮ in English] Let me inside!  Let me inside!

7:10 – [▮▮▮▮] This is the guys' house, it's the Media Center.

7:15 – [Speech unclear]

7:16 – [▮▮▮▮▮▮▮] Where to?  Here?

7:17 – [▮▮▮▮▮▮▮▮] We have to pull out the man.

7:19 – [▮▮▮▮▮▮▮▮] Where to? Here?

7:20 – [▮▮▮▮▮▮▮▮] Inside here.

7:36 – [Background noise and indistinguishable voices on Skype]

7:50 – [Background noise on Skype that sounds like an explosion]

8:06 – [Skype disconnecting]

3

8:13 – [███████████████████████████████] Is that from us or from them?

8:15 – [████████] From them.

8:18 – [Skype reconnects]

8:36 – [Background noise on Skype that sounds like an explosion]

8:37 – [████████] Oh my God! Oh my God!

9:06 – [Background noise and indistinguishable voices on Skype]

9:11 – [████████████████] Here, here.

9:28 – [Written Skype Chat with "Basma En-aljazara"]:

| | |
|---|---|
| Omar | I am speaking with the guys, voice<br>They were just hit by a bomb, damn your father Bashar<br>I can't bear it anymore<br>May god protect them<br>I swear they have been hit by several shells this second<br>He said they wanted to take photos |
| Basma En-aljazara | God protect them and damn Bashar<br>You've received several emails from journalists [illegible] do you want me to open them for you and copy/paste or ignore them |
| Omar | Read them and reply to those that require a response |
| Basma En-aljazara | [In English][3] Hi,<br>I am journalist in paris and i work for a French weekly magazine named grazia , and I try to get contact with people in Homs, to collect stories.<br>Is it possible to talk to you on skype ?<br>Thanks a lot. |

9:31 – [Background noise on Skype that sounds like an explosion] [written Skype Chat with "Basma En-aljazara"]:

| | |
|---|---|
| Omar | [In English] yea and this is my skype: "freedom_homs<br>[In Arabic] I up and got the camera and I am recording the sound<br>There is no might and no power but in God[4] |

---

[3]  Translator's Note: All irregular punctuation, capitalization, and spelling in English text of written Skype chats is in the original.

4

|  |  |
|---|---|
|  | The guys are stuck together [illegible] I heard the sound of explosions hitting the house. |
| Basma En-aljazara | [In English] Dear Elsa, Thanks for your email.  You can contact me anytime on my skype (freedom.homs). Thanks, Omar<br>[sad emojis] |
| Omar | Someone got hit.<br>There are screams.<br>The foreigners were shouting. |
| Basma En-aljazara | [In Arabic using Latin script] Oh my God!!!! |
| Omar | No one is answering me. |
| Basma En-aljazara | [In Arabic using Latin script]<br>May God help them!<br>I hope no one is hurt…<br>[In Arabic using Arabic script]<br>What is going on? |
| Omar | [In Arabic] I don't know, no one is answering me.  But someone got hit and someone else was shouting come here come here and someone was responding [in English] i can't. |
| Basma En-aljazara | May God help them!<br>Do you still hear anything? |
| Omar | It got disconnected now<br>And the shelling on us continues to my knowledge<br>They are [unclear] to the room inside, a missile [unclear] the laptop and it was very loud. Oh my God! May god help them! |

10:46 – [░░░░░░░░] It seems as though someone has been hit, by the way.

10:49 – [░░░░░░░░░░░░░░░░░░░░░░░░░] It could be the female journalist.

10:56 – [░░░░░░░] Yeah.  Might be the male journalist who was with her, Paul.

11:32 – [░░░░░░░░░░░░░░] What's his name?  Come here, come here.

---

4   Translator's Note:  This is a common expression that is typically used in the Arab world when circumstances are beyond a person's control.

[TRANSLATION]

11:37 – [▬▬▬▬▬▬▬] We need a car… for the injured... two seriously injured.

11:40 – [▬▬▬▬▬▬▬] I'm going to get a car.

[Speech unclear]

11:45 – [▬▬▬▬▬▬▬] And Hassan? He is not here, no?

11:52 – [▬▬▬▬▬] [Speech unclear]

11:55 – [▬▬▬▬] Abu Hanin, who was hit?

12:03 – [▬▬▬▬] Abu Hanin, who was hit?

12:10 – [▬▬▬▬▬▬▬] The female journalist.

12:12 – [▬▬▬▬] There is no might and no power but in God.

12:15 – [▬▬▬▬] Are her injuries critical?

12:19 – [▬▬▬▬▬] They died, man.

12:22 – [▬▬▬▬▬▬▬] Who is on the line with me? Who?

12:23 – [▬▬▬▬] Abu Omar, Abu Omar!

12:25 – [▬▬▬▬▬▬▬] Abu Omar?

12:26 – Yes.

12:27 – [▬▬▬▬▬▬▬] Abu Omar?

12:28 – [▬▬▬▬] Yes, yes, yes.

12:28 – [▬▬▬▬▬▬▬] The house was hit, Abu Omar, the female journalist, there are two who died, do not publish the news.

12:33 – [▬▬▬▬] They're entirely dead?

12:34 – [▬▬▬▬▬▬▬] [Speech unclear] There is another one with her, he came yesterday.

12:38 – [▬▬▬▬▬] Marie died, yes.

12:39 – [▬▬▬▬] Marie, the one from the Sunday Times?

12:46 – [Unidentifiable Skype speakers] Yes.

13:09 – [▬▬▬▬] Our house was shelled.

6

[TRANSLATION]

13:10 – [█████████████████████████████] swear!

13:14 – [█████████] Two journalists died.

13:15 – [█████████████████████████████] Which one, the older woman?

13:23 – [█████████] - Yes yes yes, Marie, from the Sunday Times.

13:25 – [█████████████████████████████] She died?

13:26 - [█████████] She died.

13:29 – [█████████████████████████████] And who else?

13:30 – [█████████] I don't know.

13:38 – [█████████] Abu Hanin!

13:43 – [█████████] Abu Hanin, film it now, film it, film it!

13:51 – [█████████████████████████████] Was the satellite hit?

13:52 – [█████████] No.

14:03 – [Indistinguishable voices on Skype]

14:13 – [█████████] In in . . . ?

[Speech unclear]

15:50 – [Written Skype chat with "Basma En-aljazara"]:

| | |
|---|---|
| Omar | It got disconnected now<br>And the shelling on us continues to my knowledge<br>They are moving to the room inside, a missile next to the laptop and it was very loud.<br>Don't disseminate, but two journalists are dead<br>They just responded to me |
| Basma | What!!!! |
| Omar | [illegible] from Sunday Times and another journalist [illegible]<br>Marie<br>But don't disseminate |
| Basma | Dead? Are you sure? |
| Omar | Do not know who was hit |

7

[TRANSLATION]

| | |
|---|---|
| Basma | I won't disseminate |
| Omar | Among the guys<br>Still maybe they are rescuing |
| Basma | My God!!<br>So maybe they are not dead??? |
| Omar | I don't know they asked me not to disseminate yet<br>For now they are trapped inside the house |

[Indistinguishable voices on Skype]

16:54 – [▮▮▮▮▮▮▮▮▮▮▮] Guys, hurry up, hurry up.

16:55 – [▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮] Abu Omar [speech unclear]

17:06 – [Background noise on Skype that sounds like an explosion]

17:15 – [▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮] Which floor was hit by the bomb?

17:16 – [▮▮▮▮▮] First.

17:20 – [▮▮▮▮▮] Yes yes but they were hit by multiple rockets.

17:20 – [▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮] [Speech unclear]

17:23 – [▮▮▮▮▮] Downstairs, downstairs. But brother, if the first rocket hit, and then the second rocket, and then third rocket, what, what, see ... the shrapnel gets in. And [speech unclear] Um Mahmoud Al-Eter's house was destroyed, our next-door neighbor to the right, so that wall is exposed by the way.

[Skype disconnects]

17:43 – [▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮] Why the camera?

17:44 – [▮▮▮▮▮] I'm filming, documenting what is being said.

18:06 – [▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮] [Speech unclear]

18:13 – [▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮] Loosen it, loosen it, loosen it, loosen it, loosen it, loosen it the same one, the same handle.

18:48 – [▮▮▮▮▮] He stopped it. He hung up.

8



ARABIC LANGUAGE ASSOCIATES, LLC
P.O. Box 51 Sharon, MA 02067
Tel: 781-784-0425
Email: info@arabiclanguageassociates.com

# TRANSLATOR DECLARATION

**SHARON, MASSACHUSETTS, USA**

Date: March 7, 2018

To whom it may concern:

I, Irina B. Sears, hereby declare and say:
  1. I am a translator and editor. I hold a B.A. in Biochemistry from The University of Texas at Austin; I hold a Master's degree in Human Nutrition and Nutritional Biology from the University of Chicago; I hold a Professional Certificate in Arabic to English Translation from the American University in Cairo and I have been working in the translation field for 13 years.
  2. I am thoroughly familiar with both the English and Arabic languages, by virtue of, as to English, having English as my native tongue and, as to Arabic, having all my years of study and practice as an Arabic to English translator and editor in various fields including legal translations.
  3. On March 7, 2018, I produced the translation into English of an Arabic document received by my office, designated as: **Exhibit E to DECLARATION OF JOHN DOE, dated September 25, 2017**.
  4. The attached translation is a true and accurate English version of the original drafted in Arabic.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of March, 2018, SHARON, MASSACHUSETTS, USA.

*[signature]*

Signature of Irina B. Sears

*[Seal: American Translators Association — Irina B. Sears, Arabic into English, Certification #465608, Certified Translator]*

Verify at www.atanet.org/verify

00:45 - [صوت في خلفية مكالمة سكايب يبدو وكأنه انفجار]

00:48 - [█████] يا لطيف

00:50 - [أصوات لا يمكن تمييزها عبر سكايب في لغات مختلفة]

00:52 - [█████] Yes.

00:59 - [█████] We have to go back.

[كلام غير واضح]

01:05 - [█████] شو عم بيصير عندكم؟

01:12 - [█████] اه، اه.

01:13 - [█████] شو عم بيصير عندكم؟

01:18 - [█████] يلا، يلا! عل بيت! اقلب! اقلب! اقلب! يلا لعنا علبيت!

[█████] طلعت[1]

[█████] تعا هون! خليكو لهون! خليكو لهون! هنا بسرعة !

01:39 - [█████] تعالى دغري

01:51 - [█████] Ok

01:54 - [█████] لحظة، لحظة، لحظة!

01:58 - [█████] Just one bag.

02:00 - [صوت في خلفية مكالمة سكايب يبدو وكأنه انفجار]

02:02 - [█████] يا أخي يلا.

02:04 - [█████] روح! روح!

02:34 - [█████] بلا، بلا [كلام غير واضح]

02:36 - [█████] يلا يلا بسرعة، تعا، تعا! Come here, come here, beside me!

---

[1] توضيح من قبل █████ عادة السكان أو الناشطون يستخدمون مصطلح طلعت أي خرجت القذيفة من المدفع وتم سماع صوت صفيرها، والشخص هنا يقول طلعت القذيفة منبهاً بقية الناشطين ليقوموا بالاحتماء.

1

03:12 - [إنقطاع سكيب، طباعة في الخلفية و محاولات معاودة الاتصال]

03:36 - [أصوات عبر سكايب لا يمكن تمييزها]

03:38 - [█████] قوم، قوم أقف!

03:50 - [█████] أبو عبدو شو في؟

03:54 - [أصوات عبر سكايب لا يمكن تمييزها]

03:55 - [█████] أبو عبدو؟

03:58 - [صوت في خلفية مكالمة سكايب يبدو وكأنه انفجار]

04:00 - [█████ بالإنجليزية] We'll get help, everyone okay?

04:03 - [أصوات لا يمكن تمييزها عبر سكايب بما فيه صوت صراخ امرأة غير واضح]

04:08 - [█████] أوك في حد طلع هون؟

04:10 - [█████] أبو عبدو؟

04:12 - [█████] لا، لا.

04:15 - [كلام غير واضح]

04:19 - [█████ بالإنجليزية] No, no, I told you to leave him! [كلام غير واضح]

04:40 - [صوت في خلفية مكالمة سكايب يبدو وكأنه انفجار؛ أصوات لا يمكن تمييزها]

04:44 - [█████ بالإنجليزية] No, I'm hit. I need a tourniquet on my leg.

04:50 - [█████ بالإنجليزية] I can't move!

04:57 - [█████ بالإنجليزية] I need a tourniquet around my leg!

04:58 - [صوت في خلفية مكالمة سكايب يبدو وكأنه انفجار كبير؛ أصوات لا يمكن تمييزها]

05:00 - [█████ بالإنجليزية] No, no, wait! Move up to that side wall. Come on! Come on!

05:15 - [الكاميرا موجهة إلى الساعة التي تبين ٩:٣٩ ص ٢٠١٢/٢/٢٢]

05:20 - [█████ بالإنجليزية] Come on Paul, try to come.

2

05:21 - [███] [بالإنجليزية] I can't move!
05:26 - [███] [بالإنجليزية] She's bleeding.
05:29 - [███] [كلام غير واضح]
05:39 - [███] طلعت، طلعت
05:46 - [صوت في خلفية مكالمة سكايب يبدو وكأنه انفجار وصراخ امرأة غير واضح]
05:47 - [███] يا الله.
05:59 - [أصوات صراخ عبر سكايب لا يمكن تمييزها]
06:01 - [███] [بالإنجليزية] Are you ok?
06:16 - [أصوات عبر سكايب لا يمكن تمييزها]
06:17 - [███] أبو عبدو، مين هون؟ مين سمعني؟
06:35 - [███] هون! هون!
06:48 - [███] تعا! تعا!
07:04 - [كلام غير واضح]
07:05 - [صوت في خلفية مكالمة سكايب يبدو وكأنه انفجار كبير وأصوات عبر سكايب لا يمكن تمييزها]
07:06 - [███] Go, go, go!
07:08 - [███] [بالإنجليزية] Let me inside! Let me inside!
07:10 - [███] بيت الشباب هاد المكتب الإعلامي.
07:15 - [كلام غير واضح]
07:16 - [███] لوين؟ لهون؟
07:17 - [███] بدنا نسحبو للزلمي.
07:19 - [███] لوين؟ لهون؟
07:20 - [███] لجوا لهون
07:36 - [ضجيج في الخلفية وأصوات عبر سكايب لا يمكن تمييزها]

3

- 07:50 - [صوت في خلفية مكالمة سكايب يبدو وكأنه انفجار]

- 08:06 - [انقطاع الاتصال]

- 08:13 - [█████] هل هذا من عندنا أو من عندهم؟

- 08:15 - [█████] عندهم.

- 08:18 - [المكالمة سكيب تستمر مرة أخرى]

- 08:36 - [صوت في خلفية مكالمة سكايب يبدو وكأنه انفجار]

- 08:37 - [█████] يا الله ! يا الله!

- 09:06 - [ضجيج في الخلفية وأصوات عبر سكايب لا يمكن تمييزها]

- 09:11 - [█████] هون، هون.

- 09:28 - [محادثة خطية عبر سكيب مع "Basma En-aljazara"]:

| | |
|---|---|
| Omar | عم احكي الشباب صوت<br>هلق اكلو قذيفة يلعن ابوك يا بشار<br>رح طق<br>الله حماهن<br>والله صاروا اكلين كذا قذيفة بها اللحظة<br>قال بدون يصور |
| Basma En-aljazara | الله يحميهن ويلعن إبن الحرام بشار<br>وصلك كذا ايميل من صحفيين [غير واضح] إفتحلك ياهن اعملك نسخ/لزق او طنشن |
| Omar | شوفيون واللي بدو رد ردي |
| Basma En-aljazara | Hi,<br>I am journalist in paris and i work for a french weekly magazine named grazia , and I try to get contact with people in Homs, to collect stories.<br>Is it possible to talk to you on skype ?<br>Thanks a lot. |

4

09:31- [صوت في خلفية مكالمة سكايب يبدو وكأنه انفجار] [محادثة خطية عبر سكيب مع Basma En-aljazara"]:

| | |
|---|---|
| Omar | yea and this is my skype : "freedom_homs<br>قمت جبت الكاميرا وعم سجل الصوت<br>لا حول ولا قوة إلى بالله<br>عم أسمع صوت القذف على البيت[...]الشباب إتحشرو سوى |
| Basma En-aljazara | Dear Elsa, Thanks for your email. You can contact me anytime on my skype (freedom.homs).  Thanks, Omar<br>[sad emojis] |
| Omar | في حدى إتصاوب.<br>في صياح .<br>هدول الاجانب صوتون على |
| Basma En-aljazara | ya allah!!!! |
| Omar | ما حدى عم بيرد علي. |
| Basma En-aljazara | ya rab alla yistor!!<br>inshalla ma7ada sarlou shi…<br>شو صاير؟؟؟ |
| Omar | ما بعرف، ما حدا عم بيرد علي<br>بس في حدى إتصاوب.<br>وفي حدى كان عم بيعيط كم هير كم هير والتاني كان بيرد اي كانت<br>i can't |
| Basma En-aljazara | الله يستر لسة في صوت. |
| Omar | هلق فصل<br>وضرب القذائف علينا شغال.<br>وفي حدي عم [غير واضح]علغرفة لجوا<br>صواريخ [غير واضح] اللابتوب صوتو قوي كتير يا الله! الله يستر |

5

10:46 - [█████] كأنو في أحد إتصاب على فكرة

10:49 - [█████] ممكن تكون الصحفية

10:56 - [█████] اه، يمكن الصحفي الشاب إلي معها، بول

11:32 - [█████] شو إسمه؟ تعالى تعالى

11:37 - [█████] بدنا سيارة ... للجرحى تنين خطيرين

11:40 - [█████] رايح جيب سيارة

[كلام غير واضح]

11:45 - [█████] وحسن؟ منو هون ما؟

11:52 - [█████] [غير واضح]

11:55 - [█████] أبو حنين مين إتصوب؟

12:03 - [█████] أبو حنين مين إتصوب؟

12:10 - [█████] الصحفية

12:12 - [█████] لا حول ولا قوة إلا بالله

12:15 - [█████] اصابات خطيرة؟

12:19 - [█████] ماتوا يا زلمة

12:22 - [█████] من معي؟ من؟

12:23 - [█████] أبو عمر، أبو عمر!

12:25 - [█████] أبو عمر؟

12:26 - اه

12:27 - [█████] أبو عمر؟

12:28 - [█████] اه اه اه

12:28 - [█████] البيت انضرب يا أبو عمر، الصحفية، في اتنين ماتوا لا تنشر الخبر

12:33 - [█████] ماتوا على الأخر؟

6

- 12:34 [█] [كلام غير واضح] في واحد تاني معها مبارح إجا
- 12:38 [█] ماري ماتت اه
- 12:39 [█] ماري تبع صنداي تايمز؟
- 12:46 [أشخاص عبر سكيب] اه
- 13:09 [█] إنقصف البيت تابعنا
- 13:10 [█] بربك
- 13:14 [█] في اتنين صحفيين ماتوا
- 13:15 [█] من هاي الكبيره بالعمر؟
- 13:23 [█] اه اه اه ، ماري ، تبع الصنداي تايمز
- 13:25 [█] ماتت؟
- 13:26 [█] ماتت
- 13:29 [█] وغيرها من؟
- 13:30 [█] ما بعرف
- 13:38 [█] أبو حنين!
- 13:43 [█] أبو حنين صوروا هلق، صوروا صوروا!
- 13:51 [█] الفضائي إتصوب؟
- 13:52 [█] لأ
- 14:03 [أصوات عبر سكايب لا يمكن تمييزها]
- 14:13 [█] في في...؟

[كلام غير واضح]

- 15:50 [محادثة خطية عبر سكيب مع "Basma En-aljazara"]:

Omar                    هلق فصل
وضرب القذائف علينا شغال في حدي
عم ينتقلوا علغرفة لجوا صاروخ جانب الاب توب صوت قوي كتير

7

|  |  |
|---|---|
|  | لا تنشري بس في صحفيين ماتوا |
|  | هلق ردوا علي |
| Basma | شو!!!! |
| Omar | [غير واضح] الصنداي تايمز و- في صحافي تاني |
|  | ماري |
|  | بس لا تنشري |
| Basma | ماتوا؟ أكيد هل حكي |
| Omar | و ما يعرف من متصاوب |
| Basma | ما راح أنشر |
| Omar | من الشباب |
|  | لسا بركي يسعفون |
| Basma | يا ربي! |
|  | يعني ممكن ما ماتو؟؟؟ |
| Omar | ما بعرف قالولي لا تنشر |
|  | لهلق محصورين جوا البيت |

[أصوات عبر سكايب لا يمكن تمييزها]

16:54 - [▇▇▇▇▇] يا شباب عجلوا عجلوا

16:55 - [▇▇▇▇▇] أبو عمر [كلام غير واضح]

17:06 - [صوت في خلفية مكالمة سكايب يبدو وكأنه انفجار]

17:15 - [▇▇▇▇▇] اي طابق اللي اكل القذيفة

17:16 - [▇▇▇▇▇] اول.

17:20 - [▇▇▇▇▇] اه اه بس أخدوا كذا صاروخ.

8

17:20 - [█████] [كلام غير واضح]

17:23 - [█████] تحت تحت بس يا أخي إذا صفق أول صاروخ وتاني صاروخ ثالث صاروخ، شو شو بسوو ... تقوت شظايا و [غير واضح] احنا بيت أم محمود العتر إنهار، جارتنا إلي على اليمين، يعني هدى الحيط مكشوف على فكرة

[انقطاع الاتصال]

17:43 - [█████] ليش الكاميرا؟

17:44 - [█████] عام بصور بوثق الحكي.

18:06 - [█████] [كلام غير واضح]

18:13 - [█████] رخيهة، رخيهة، رخيهة، رخيهة، رخيهة، رخيهة نفسا نفسا للماسكة.

18:48 - [█████] وقفها. سكر.

9