# Annex 19

# EXHIBIT B



# DECLARATION OF CHRIS ENGELS

I, Chris Engels, declare and state as follows:

1) I am the Deputy Director for Investigation and Operations for the Commission for International Justice and Accountability ("CIJA"). In this position, I have oversight responsibility for CIJA's operational practices, procedures and protocols. Part of my duties may include certifying records maintained in the investigative files of CIJA.

## Overview

2) CIJA is a ▮▮▮▮▮▮▮ not-for-profit corporation that has been in operation since 2012. Its mission is to collect, organize, analyze and preserve evidence of international crimes in situations where the international community is unwilling or unable to act. CIJA carries out its work according to the highest international standards, and its staff are highly trained professionals and experts in the fields of international criminal law, international criminal procedure, and evidence collection and management. CIJA investigators are provided regular trainings in evidence collection, authentication, provenance and witness interviewing.

3) The Executive Director, Deputy Directors, Senior Staff and Commissioners of CIJA have been employed in positions of seniority at the International Criminal Tribunal for the Former Yugoslavia (ICTY), the International Criminal Tribunal for Rwanda (ICTR), the Extraordinary Chambers in the Courts of Cambodia (ECCC), the Special Tribunal for Lebanon (STL), the International Criminal Court (ICC) and state and federal jurisdictions in the United States and Canada. Based on this experience, CIJA's evidentiary practices have been modeled to meet or exceed standard evidentiary practices at the international criminal tribunals.

4) CIJA has been collecting evidence of Assad Regime crimes in Syria since 2012. CIJA's Regime-focused operations rely primarily on its investigators, evidence unit technicians, and analysts. CIJA's trained investigators include international consultants and regionally-based field team members. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ in finding documentation, witnesses and other relevant evidence. As detailed below, CIJA uses a range of collection methods and acquires evidence via different avenues, some more common than others.

## CIJA's Evidence Collection Processes

5) ***Collection from Field Sites, Including Abandoned or Destroyed Syrian Government Locations.*** CIJA investigators often focus their on-site collection efforts where hostilities have subsided to search facilities or areas that have been abandoned or destroyed and may contain useful evidence. For example, investigators have secured caches of documents in Syrian government military or security offices, checkpoints, or other locations where such documents

are ordinarily kept. Evidence collected by CIJA investigators from field sites in Syria is collected, whenever possible, according to the following practice:

a) [REDACTED]

b) [REDACTED]

c) [REDACTED]

d) [REDACTED]

e) [REDACTED]

f) [REDACTED]

g) [REDACTED]



6) ***Collection from Persons With Knowledge.*** In addition to field site collection, CIJA investigators also receive documents and other physical evidence from individuals including former officials of the Assad Regime, whether located inside or outside Syria. Evidence received by CIJA from an individual (referred to here as a "witness") is collected, whenever possible, according to the following practice:

a) [REDACTED]



b)

c)

d)

e)

f)

7) ***Collection in Electronic Format***. Wherever possible, CIJA investigators collect hard copy or original evidence. When physical possession of originals is not possible, CIJA investigators photograph or scan originals and retain custody of the copies in electronic format. In addition, CIJA investigators occasionally receive electronic files via online open source collection, direct transmission from a source, or recovery from an electronic storage device. Evidence collected by CIJA in electronic format is collected, whenever possible, according to the following practice:

a.



b. ███
c. ███
d. ███
e. ███

### CIJA's Evidence and Archiving Process

8) All evidence collected by CIJA is assigned an evidence management number. ███

9) ███

10) ███

11) ███

---

[1] ███

through passwords issued to authorized persons. The EMS maintains an audit trail of every transaction on a document, such as viewing, editing (of meta data), downloading, etc.

### CIJA's Inspection Authentication and Translation Process

12) CIJA analysts inspect documents in the archive and assess their authenticity. In doing so, they take into consideration the following factors:

   a) *The Volume of the Collection*: The size of the archive is itself a factor in authenticating the documents; the archive is currently 720,000 pages, approximately half of which are hand-written.

   b) *The Circumstances of Collection*: CIJA analysts take into account the circumstances of the documents' collection, including the location and source. ███████████████████████████████████████████████████████████████ This ensures that the provenance of every CIJA-held document is available for inspection.

   c) *Intrinsic Characteristics*: CIJA analysts consider intrinsic characteristics of the document. They have years of experience reviewing the Syrian collection and these analysts rely on their own intricate knowledge of the expected and normal form of documents, seals, signatures, notations and content routinely used by the Syrian government, permitting them to verify the form and contents of the documents.

   d) *Cross-referencing of Independently Collected Information*: Finally, CIJA analysts assess the authenticity of the documents through cross-referencing; as military and governmental business records, the documents often reference non-public events and circumstances known to CIJA analysts, or refer to other documents in the CIJA archive. Hence, this cross-referencing provides a means to corroborate the documents under inspection.

13) The English translations of the documents in Annex A were all produced by DAC020, an independent professional translator who has extensive education, training and experience in translation. DAC020 has a Master's Degree in ███████████ from a renowned university in the Middle East, and a second Master's Degree in ███████████ from a prestigious university in Europe. DAC020 provides translation and interpretation services to a range of international clients and DAC020 has provided translation services to CIJA since 2012. English language translations of documents have the suffix "ET" appended to the document name.

### Explanation of Annex A

14) Attached as Annex A is a table of the documents selected by Ewan Brown and provided to him in Arabic and with English translations. The table is comprised of five columns. The "Doc. Num." column contains a sequence number assigned for reference purposes. The "Evidence Management Number" column contains CIJA's internal evidence registration number. The "Date of Collection" column contains the date when CIJA first took custody of the evidence.

The "Location/Source of Collection" column contains the location where the evidence was found, and/or the person or entity that provided the evidence. The "Collected By" column contains the name of the CIJA field team member or international consultant who first took possession of the evidence. For security reasons, the names of individuals have been anonymized and assigned a code for identification. If, for any reason, the precise date of collection is not ascertainable, an approximate date or date range has been provided based on the known circumstances of the collection.

15) Additional information regarding the processes described above and the documents referenced in Annex A is available upon request.

*   *   *

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 17 March, 2018.

Chris Engels

## ANNEX A: TABLE OF DOCUMENTS FOR EWAN BROWN

| DOC. NO. | EVIDENCE MANAGEMENT NUMBER | DATE OF COLLECTION | LOCATION / SOURCE OF COLLECTION | COLLECTED BY |
|---|---|---|---|---|
| 1 | SYR.A0472.092 | | Youtube Video URL: https://www.youtube.com/watch?v=ICDskVOJp9Q | DAC001 |
| 2 | SYR.A0472.093 | | Youtube Video URL: https://www.youtube.com/watch?v=5pCvYZww0fM | DAC001 |
| 3 | SYR.D0003.120.002 | | Ar Raqqa | INC001 and INC003 |
| 4 | SYR.D0006.002.017 | | Ar Raqqa | INC001 and INC003 |
| 5 | SYR.D0006.008.006 | | Ar Raqqa | INC001 and INC003 |
| 6 | SYR.D0010.075.001-007 | | Ar Raqqa | INC001 and INC003 |
| 7 | SYR.D0012.007.003-004 | | Aleppo Infantry Training School | DAC002 |
| 8 | SYR.D0014.004.001 | | Aleppo Infantry Training School | DAC002 |
| 9 | SYR.D0015.014.140 | | Aleppo Infantry Training School | DAC002 |
| 10 | SYR.D0015.039.003 | | Aleppo Infantry Training School | DAC002 |
| 11 | SYR.D0017.026.001-002 | | Aleppo Infantry Training School | DAC002 |
| 12 | SYR.D0017.027.001 | | Aleppo Infantry Training School | DAC002 |
| 13 | SYR.D0017.089.069 | | Aleppo Infantry Training School | DAC002 |
| 14 | SYR.D0017.089.070 | | Aleppo Infantry Training School | DAC002 |
| 15 | SYR.D0018.013.005 | | Aleppo Infantry Training School | DAC002 |
| 16 | SYR.D0018.014.026 | | Aleppo Infantry Training School | DAC002 |
| 17 | SYR.D0018.019.001 | | Aleppo Infantry Training School | DAC002 |
| 18 | SYR.D0018.021.004-005 | | Aleppo Infantry Training School | DAC002 |
| 19 | SYR.D0018.071.001 | | Aleppo Infantry Training School | DAC002 |
| 20 | SYR.D0018.071.004-005 | | Aleppo Infantry Training School | DAC002 |
| 21 | SYR.D0018.071.008 | | Aleppo Infantry Training School | DAC002 |
| 22 | SYR.D0018.071.014 | | Aleppo Infantry Training School | DAC002 |
| 23 | SYR.D0020.053.019 | | Aleppo Infantry Training School | DAC002 |
| 24 | SYR.D0020.090.004 | | Aleppo Infantry Training School | DAC002 |
| 25 | SYR.D0021.001.012 | | Aleppo Infantry Training School | DAC002 |
| 26 | SYR.D0021.001.013-14 | | Aleppo Infantry Training School | DAC002 |
| 27 | SYR.D0021.024.023 | | Aleppo Infantry Training School | DAC002 |
| 28 | SYR.D0035.029.058 | | Abandoned regime facility in Idleb suburb / collected by local NGO | DAC003 |
| 29 | SYR.D0035.029.074-076 | | Abandoned regime facility in Idleb suburb / collected by local NGO | DAC003 |
| 30 | SYR.D0035.053.029 | | Abandoned regime facility in Idleb suburb / collected by local NGO | DAC003 |
| 31 | SYR.D0043.001.181 | | Military Intelligence Branch 243 in Eastern Region of Syria | DAC004 |
| 32 | SYR.D0043.002.009 | | Military Intelligence Branch 243 in Eastern Region of Syria | DAC004 |

| DOC. NO. | EVIDENCE MANAGEMENT NUMBER | DATE OF COLLECTION | LOCATION / SOURCE OF COLLECTION | COLLECTED BY |
|---|---|---|---|---|
| 33 | SYR.D0043.003.036-037 | ███ | Military Intelligence Branch 243 in Eastern Region of Syria | DAC004 |
| 34 | SYR.D0043.003 286 | ███ | Military Intelligence Branch 243 in Eastern Region of Syria | DAC004 |
| 35 | SYR.D0043.004.009 | ███ | Military Intelligence Branch 243 in Eastern Region of Syria | DAC004 |
| 36 | SYR.D0043.004.010 | ███ | Military Intelligence Branch 243 in Eastern Region of Syria | DAC004 |
| 37 | SYR.D0043.004.031-032 | ███ | Military Intelligence Branch 243 in Eastern Region of Syria | DAC004 |
| 38 | SYR.D0043.004.079 | ███ | Military Intelligence Branch 243 in Eastern Region of Syria | DAC004 |
| 39 | SYR.D0043.004.088 | ███ | Military Intelligence Branch 243 in Eastern Region of Syria | DAC004 |
| 40 | SYR.D0043.004.093-094 | ███ | Military Intelligence Branch 243 in Eastern Region of Syria | DAC004 |
| 41 | SYR.D0043.004.177 | ███ | Military Intelligence Branch 243 in Eastern Region of Syria | DAC004 |
| 42 | SYR.D0043.004 203 | ███ | Military Intelligence Branch 243 in Eastern Region of Syria | DAC004 |
| 43 | SYR.D0043.004 210 | ███ | Military Intelligence Branch 243 in Eastern Region of Syria | DAC004 |
| 44 | SYR.D0043.004.212-213 | ███ | Military Intelligence Branch 243 in Eastern Region of Syria | DAC004 |
| 45 | SYR.D0043.004 214 | ███ | Military Intelligence Branch 243 in Eastern Region of Syria | DAC004 |
| 46 | SYR.D0043.004 236 | ███ | Military Intelligence Branch 243 in Eastern Region of Syria | DAC004 |
| 47 | SYR.D0043.004 237 | ███ | Military Intelligence Branch 243 in Eastern Region of Syria | DAC004 |
| 48 | SYR.D0043.004 250 | ███ | Military Intelligence Branch 243 in Eastern Region of Syria | DAC004 |
| 49 | SYR.D0043.004 256 | ███ | Military Intelligence Branch 243 in Eastern Region of Syria | DAC004 |
| 50 | SYR.D0043.004 263 | ███ | Military Intelligence Branch 243 in Eastern Region of Syria | DAC004 |
| 51 | SYR.D0043.005.100 | ███ | Military Intelligence Branch 243 in Eastern Region of Syria | DAC004 |
| 52 | SYR.D0043.005.107 | ███ | Military Intelligence Branch 243 in Eastern Region of Syria | DAC004 |
| 53 | SYR.D0043.005.142 | ███ | Military Intelligence Branch 243 in Eastern Region of Syria | DAC004 |
| 54 | SYR.D0058.188.002-003 | ███ | Military Security Section of Tell Abiad city. | DAC005 |
| 55 | SYR.D0061.003.001 | ███ | 46th SFR (Special Forces Regiment) | DAC006 |
| 56 | SYR.D0061.028.114 | ███ | 46th SFR (Special Forces Regiment) | DAC006 |
| 57 | SYR.D0063.010.008 | ███ | 57th Transport Battalion of the 38th Brigade in Dar'a | DAC007 |
| 58 | SYR.D0063.010.015 | ███ | 57th Transport Battalion of the 38th Brigade in Dar'a | DAC007 |
| 59 | SYR.D0063.012.119 | ███ | 57th Transport Battalion of the 38th Brigade in Dar'a | DAC007 |
| 60 | SYR.D0063.012.127 | ███ | 57th Transport Battalion of the 38th Brigade in Dar'a | DAC007 |
| 61 | SYR.D0063.012.149-150 | ███ | 57th Transport Battalion of the 38th Brigade in Dar'a | DAC007 |
| 62 | SYR.D0065.002.011 | ███ | 57th Transport Battalion of the 38th Brigade in Dar'a | DAC007 |
| 63 | SYR.D0065.002.092 | ███ | 57th Transport Battalion of the 38th Brigade in Dar'a | DAC007 |

| DOC. NO. | EVIDENCE MANAGEMENT NUMBER | DATE OF COLLECTION | LOCATION / SOURCE OF COLLECTION | COLLECTED BY |
|---|---|---|---|---|
| 64 | SYR.D0065.002.096 | ■ | 57th Transport Battalion of the 38th Brigade in Dar'a | DAC007 |
| 65 | SYR.D0067.003.046 | ■ | 57th Transport Battalion of the 38th Brigade in Dar'a | DAC007 |
| 66 | SYR.D0069.029.001 | ■ | 57th Transport Battalion of the 38th Brigade in Dar'a | DAC007 |
| 67 | SYR.D0069.033.001-002 | ■ | 57th Transport Battalion of the 38th Brigade in Dar'a | DAC007 |
| 68 | SYR.D0071.026.009 | ■ | 57th Transport Battalion of the 38th Brigade in Dar'a | DAC007 |
| 69 | SYR.D0077.017.008 | ■ | Political Security, 17th Division in Ar-Raqqa | DAC008 |
| 70 | SYR.D0077.030.007-008 | ■ | Political Security, 17th Division in Ar-Raqqa | DAC008 |
| 71 | SYR.D0077.191.001 | ■ | Political Security, 17th Division in Ar-Raqqa | DAC008 |
| 72 | SYR.D0077.209.009 | ■ | Political Security, 17th Division in Ar-Raqqa | DAC008 |
| 73 | SYR.D0079.109.011 | ■ | Political Security, 17th Division in Ar-Raqqa | DAC008 |
| 74 | SYR.D0080.048.001 | ■ | Political Security Branch in Deir-ez-Zor | DAC009 |
| 75 | SYR.D0080.048.010-011 | ■ | Political Security Branch in Deir-ez-Zor | DAC009 |
| 76 | SYR.D0080.050.003-006 | ■ | Political Security Branch in Deir-ez-Zor | DAC009 |
| 77 | SYR.D0080.051.090-094 | ■ | Political Security Branch in Deir-ez-Zor | DAC009 |
| 78 | SYR.D0080.051.117-121 | ■ | Political Security Branch in Deir-ez-Zor | DAC009 |
| 79 | SYR.D0080.051.225-227 | ■ | Political Security Branch in Deir-ez-Zor | DAC009 |
| 80 | SYR.D0081.033.005 | ■ | Political Security Branch in Deir-ez-Zor | DAC009 |
| 81 | SYR.D0087.056.005 | ■ | Political Security Branch in Deir-ez-Zor | DAC009 |
| 82 | SYR.D0087.080.001 | ■ | Political Security Branch in Deir-ez-Zor | DAC009 |
| 83 | SYR.D0088.009.015 | ■ | Central Prison in Idleb and Central Prison Ariha | DAC010 |
| 84 | SYR.D0088.010.005 | ■ | Central Prison in Idleb and Central Prison Ariha | DAC010 |
| 85 | SYR.D0090.001.025-029 | ■ | Ar-Araqqa | DAC011 |
| 86 | SYR.D0091.023.008 | ■ | Central Prison in Idleb | DAC010 |
| 87 | SYR.D0097.048.010 | ■ | Baath Party Division in Kafr Hamrah | DAC012 |
| 88 | SYR.D0097.060.003 | ■ | Baath Party Division in Kafr Hamrah | INV600 |
| 89 | SYR.D0100.008.015-016 | ■ | Political Security Branch in Deir-ez-Zor. | DAC013 and INZ002 |
| 90 | SYR.D0123.003.001-022 | ■ | URL: http://www.voltairenet.org/article170602.html | EMS Administrator |
| 91 | SYR.D0124.006.001-003 | ■ | Check-points in Ar-Rastan – Homs | DAC014 |
| 92 | SYR.D0124.008.001-002 | ■ | Check-points in Ar-Rastan – Homs | DAC014 |
| 93 | SYR.D0124.008.003-004 | ■ | Check-points in Ar-Rastan - Homs | DAC014 |
| 94 | SYR.D0124.008.005-006 | ■ | Check-points in Ar-Rastan - Homs | DAC014 |
| 95 | SYR.D0124.011.005-006 | ■ | Check-points in Ar-Rastan - Homs | DAC014 |

---

[1] ■

| DOC. NO. | EVIDENCE MANAGEMENT NUMBER | DATE OF COLLECTION | LOCATION / SOURCE OF COLLECTION | COLLECTED BY |
|---|---|---|---|---|
| 96 | SYR.D0124.012.006-007 | ■ | Check-points in Ar-Rastan - Homs | DAC014 |
| 97 | SYR.D0124.013.002 | ■ | Check-points in Ar-Rastan - Homs | DAC014 |
| 98 | SYR.D0124.013.003 | ■ | Check-points in Ar-Rastan - Homs | DAC014 |
| 99 | SYR.D0124.013.004 | ■ | Check-points in Ar-Rastan - Homs | DAC014 |
| 100 | SYR.D0124.017.002 | ■ | Check-points in Ar-Rastan - Homs | DAC014 |
| 101 | SYR.D0124.017.004 | ■ | Check-points in Ar-Rastan - Homs | DAC014 |
| 102 | SYR.D0124.020.001-002 | ■ | Check-points in Ar-Rastan - Homs | DAC014 |
| 103 | SYR.D0124.020.003-004 | ■ | Check-points in Ar-Rastan - Homs | DAC014 |
| 104 | SYR.D0124.021.002 | ■ | Check-points in Ar-Rastan - Homs | DAC014 |
| 105 | SYR.D0124.023.001 | ■ | Check-points in Ar-Rastan - Homs | DAC014 |
| 106 | SYR.D0124.023.003-004 | ■ | Check-points in Ar-Rastan - Homs | DAC014 |
| 107 | SYR.D0124.023.005 | ■ | Check-points in Ar-Rastan - Homs | DAC014 |
| 108 | SYR.D0124.024.003 | ■ | Check-points in Ar-Rastan - Homs | DAC014 |
| 109 | SYR.D0124.024.004 | ■ | Check-points in Ar-Rastan - Homs | DAC014 |
| 110 | SYR.D0124.025.002-003 | ■ | Check-points in Ar-Rastan - Homs | DAC014 |
| 111 | SYR.D0124.027.002-003 | ■ | Check-points in Ar-Rastan - Homs | DAC014 |
| 112 | SYR.D0124.027.004-005 | ■ | Check-points in Ar-Rastan - Homs | DAC014 |
| 113 | SYR.D0124.028.001 | ■ | Check-points in Ar-Rastan - Homs | DAC014 |
| 114 | SYR.D0175.004.001-002 | ■ | Branch 271 of the Military Intelligence in Idleb | INE004 |
| 115 | SYR.D0175.004.005 | ■ | Branch 271 of the Military Intelligence in Idleb | INE004 |
| 116 | SYR.D0175.008.002-003 | ■ | Branch 271 of the Military Intelligence in Idleb | INE004 |
| 117 | SYR.D0175.010.017 | ■ | Branch 271 of the Military Intelligence in Idleb | INE004 |
| 118 | SYR.D0175.011.039 | ■ | Branch 271 of the Military Intelligence in Idleb | INE004 |
| 119 | SYR.D0175.011.042-043 | ■ | Branch 271 of the Military Intelligence in Idleb | INE004 |
| 120 | SYR.D0178.001.007 | ■ | Police Command in Idleb | DAC019 |
| 121 | SYR.D0179.001.023-024 | ■ | Branch 271 of the Military Intelligence in Idleb | DAC019 |
| 122 | SYR.D0179.004.050 | ■ | Branch 271 of the Military Intelligence in Idleb | DAC019 |
| 123 | SYR.D0179.042.065 | ■ | Branch 271 of the Military Intelligence in Idleb | DAC019 |
| 124 | SYR.D0180.039.036 | ■ | Branch 271 of the Military Intelligence in Idleb | DAC019 |
| 125 | SYR.D0181.053.027 | ■ | Branch 271 of the Military Intelligence in Idleb | DAC019 |
| 126 | SYR.D0181.056.025 | ■ | Branch 271 of the Military Intelligence in Idleb | DAC019 |
| 127 | SYR.D0183.003.010-011 | ■ | Branch 271 of the Military Intelligence in Idleb | DAC019 |
| 128 | SYR.D0183.003.012-013 | ■ | Branch 271 of the Military Intelligence in Idleb | DAC019 |
| 129 | SYR.D0183.015.018-020 | ■ | Branch 271 of the Military Intelligence in Idleb | DAC019 |
| 130 | SYR.D0183.015.021-022 | ■ | Branch 271 of the Military Intelligence in Idleb | DAC019 |
| 131 | SYR.D0183.016.123-124 | ■ | Branch 271 of the Military Intelligence in Idleb | DAC019 |
| 132 | SYR.D0186.096.013-016 | ■ | Branch 271 of the Military Intelligence in Idleb | DAC019 |
| 133 | SYR.D0197.053.014 | ■ | Branch 271 of the Military Intelligence in Idleb | DAC019 |

| DOC. NO. | EVIDENCE MANAGEMENT NUMBER | DATE OF COLLECTION | LOCATION / SOURCE OF COLLECTION | COLLECTED BY |
|---|---|---|---|---|
| 134 | SYR.D0197.071.007 | ███ | Branch 271 of the Military Intelligence in Idleb | DAC019 |
| 135 | SYR.D0199.041.009 | ███ | Branch 271 of the Military Intelligence in Idleb | DAC019 |
| 136 | SYR.D0220.002.002-003 | ███ | 52nd Brigade in Al-Hrak In Dar'a | DAC015 and DAC016 |
| 137 | SYR.D0220.004.009-012 | ███ | 52nd Brigade in Al-Hrak In Dar'a | DAC015 and DAC016 |
| 138 | SYR.D0220.041.007-008 | ███ | 52nd Brigade in Al-Hrak In Dar'a | DAC015 and DAC016 |
| 139 | SYR.D0234.021.005-006 | ███ | 52nd Brigade in Al-Hrak In Dar'a | DAC015 and DAC016 |
| 140 | SYR.D0234.021.014 | ███ | 52nd Brigade in Al-Hrak In Dar'a | DAC015 and DAC016 |
| 141 | SYR.E0001.001.003-005 | ███ | SYR.WAC.001 | DAC018 |
| 142 | SYR.E0001.005.008-010 | ███ | SYR.WAC.001 | DAC018 |
| 143 | SYR.E0001.005.024-025 | ███ | SYR.WAC.001 | DAC018 |
| 144 | SYR.E0001.005.060-061 | ███ | SYR.WAC.001 | DAC018 |
| 145 | SYR.E0001.006.014-016 | ███ | SYR.WAC.001 | DAC018 |
| 146 | SYR.E0001.006.020-023 | ███ | SYR.WAC.001 | DAC018 |
| 147 | SYR.E0001.006.024-027 | ███ | SYR.WAC.001 | DAC018 |
| 148 | SYR.E0001.006.032-037 | ███ | SYR.WAC.001 | DAC018 |
| 149 | SYR.E0001.006.061-063 | ███ | SYR.WAC.001 | DAC018 |
| 150 | SYR.E0001.006.064-067 | ███ | SYR.WAC.001 | DAC018 |
| 151 | SYR.E0001.006.068-070 | ███ | SYR.WAC.001 | DAC018 |
| 152 | SYR.E0001.006.129-133 | ███ | SYR.WAC.001 | DAC018 |
| 153 | SYR.E0001.006.167-170 | ███ | SYR.WAC.001 | DAC018 |
| 154 | SYR.E0001.006.182-185 | ███ | SYR.WAC.001 | DAC018 |
| 155 | SYR.E0001.008.029-031 | ███ | SYR.WAC.001 | DAC018 |
| 156 | SYR.E0001.008.073-074 | ███ | SYR.WAC.001 | DAC018 |
| 157 | SYR.E0001.011.009-011 | ███ | SYR.WAC.001 | DAC018 |
| 158 | SYR.E0001.011.012-015 | ███ | SYR.WAC.001 | DAC018 |
| 159 | SYR.E0001.011.016-019 | ███ | SYR.WAC.001 | DAC018 |
| 160 | SYR.E0001.011.030-037 | ███ | SYR.WAC.001 | DAC018 |
| 161 | SYR.E0001.011.051-054 | ███ | SYR.WAC.001 | DAC018 |
| 162 | SYR.E0001.011.127-131 | ███ | SYR.WAC.001 | DAC018 |
| 163 | SYR.E0001.011.148-151 | ███ | SYR.WAC.001 | DAC018 |

[2] ███

| DOC. NO. | EVIDENCE MANAGEMENT NUMBER | DATE OF COLLECTION | LOCATION / SOURCE OF COLLECTION | COLLECTED BY |
|---|---|---|---|---|
| 164 | SYR.E0001.011.165-169 | ■ | SYR.WAC.001 | DAC018 |
| 165 | SYR.E0001.011.176-180 | ■ | SYR.WAC.001 | DAC018 |
| 166 | SYR.E0001.011.182-186 | ■ | SYR.WAC.001 | DAC018 |
| 167 | SYR.E0001.011.193-199 | ■ | SYR.WAC.001 | DAC018 |
| 168 | SYR.E0001.012.001-006 | ■ | SYR.WAC.001 | DAC018 |
| 169 | SYR.E0001.014.014 | ■ | SYR.WAC.001 | DAC018 |
| 170 | SYR.E0001.014.020 | ■ | SYR.WAC.001 | DAC018 |
| 171 | SYR.E0001.015.003-004 | ■ | SYR.WAC.001 | DAC018 |
| 172 | SYR.E0001.015.005-007 | ■ | SYR.WAC.001 | DAC018 |
| 173 | SYR.E0001.015.015-016 | ■ | SYR.WAC.001 | DAC018 |
| 174 | SYR.E0001.015.017-018 | ■ | SYR.WAC.001 | DAC018 |
| 175 | SYR.E0001.015.020-021 | ■ | SYR.WAC.001 | DAC018 |
| 176 | SYR.E0001.015.022-023 | ■ | SYR.WAC.001 | DAC018 |
| 177 | SYR.E0001.015.024-026 | ■ | SYR.WAC.001 | DAC018 |
| 178 | SYR.E0001.015.028-030 | ■ | SYR.WAC.001 | DAC018 |
| 179 | SYR.E0001.015.043-045 | ■ | SYR.WAC.001 | DAC018 |
| 180 | SYR.E0001.015.046-048 | ■ | SYR.WAC.001 | DAC018 |
| 181 | SYR.E0001.017.001 | ■ | SYR.WAC.001 | DAC018 |
| 182 | SYR.E0001.020.015-019 | ■ | SYR.WAC.001 | DAC018 |
| 183 | SYR.E0001.022.001-005 | ■ | SYR.WAC.001 | DAC018 |
| 184 | SYR.E0006.001.007-008 | ■ | Military Police Branch Building in Ar-Raqqa | DAC017 |
| 185 | SYR.E0013.002.020-022 | ■ | SYR.WAC.001 | DAC018 |
| 186 | SYR.E0013.002.023-024 | ■ | SYR.WAC.001 | DAC018 |
| 187 | SYR.E0013.002.025 | ■ | SYR.WAC.001 | DAC018 |
| 188 | SYR.E0013.002.046-048 | ■ | SYR.WAC.001 | DAC018 |
| 189 | SYR.E0013.002.058-059 | ■ | SYR.WAC.001 | DAC018 |
| 190 | SYR.E0013.004.017-031 | ■ | SYR.WAC.001 | DAC018 |
| 191 | SYR.E0013.007.145-154 | ■ | SYR.WAC.001 | DAC018 |
| 192 | SYR.E0013.007.155-168 | ■ | SYR.WAC.001 | DAC018 |
| 193 | SYR.E0013.007.181-192 | ■ | SYR.WAC.001 | DAC018 |