[TRANSLATION]

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHLEEN COLVIN, individually and as parent and next friend of minors C.A.C. and L.A.C., heirs-at-law and beneficiaries of the estate of MARIE COLVIN, and JUSTINE ARAYA-COLVIN, heir-at-law and beneficiary of the estate of MARIE COLVIN, <br><br> *Plaintiffs*, <br><br> v. <br><br> SYRIAN ARAB REPUBLIC, <br><br> *Defendant*. | Civil No. 1:16-cv-01423 (ABJ) |

## <u>DECLARATION OF WAEL FAYEZ AL-OMAR</u>

I, Wael Fayez al-Omar, declare as follows:

1.      I am over 18 years of age and have personal knowledge of the facts set forth in this Declaration.  If called as a witness, I would testify competently to such facts under oath.

2.      I am a Syrian national currently living in Europe as a refugee and lawful permanent resident.

3.      I speak Arabic fluently, and am proficient in English.

4.      I was born in Homs, Syria on July 31, 1981, but my birth was registered on October 4, 1981.

5.      After graduating from high school, I began my studies at the Al-Baath University in Homs, hoping to avoid mandatory military service.  I was eventually conscripted into the army in or around May 2008 and served until approximately November 2010.  Ranks are assigned on the basis of education level and because I was enrolled in university, I was given the rank of

sergeant.  I served as a Field Engineer with the 14th Special Forces Division.

6.      As a Field Engineer, I received specialized training in combat engineering, which included mine clearing, construction of military installations, and forward reconnaissance. Reconnaissance involves opening routes through minefields and across enemy lines, and acting as a forward observer.  A forward observer radios in targeting corrections for artillery.  For example, a forward observer would provide coordinates of field targets, watch where a shell landed and radio in corrections to hit the target, saying: "200 meters to the right or left", until the target was hit.

7.      As part of my reconnaissance training, I studied methods of artillery targeting of the Syrian Army, which adopted the Russian artillery doctrine (the Russian military school). This doctrine was well adapted for the Syrian military since it was inexpensive and did not require sophisticated technology.  The Syrian army used two main methods.  We called one the "Russian style", which was based on the "burnt land" policy, which consisted of scorching an entire area indiscriminately.  The firing team would set artillery, move it one or two degrees up and hit, and then repeat again and again in waves, without directing fire at a particular target. The second method was targeted, with a forward observer correcting the coordinates until the shells hit a specific target.

8.       Reconnaissance also included identifying weaponry by sight and sound.  My ability to identify artillery only sharpened with the onset of the Syrian civil war.  It was also useful as survival in besieged areas often depended on being able to detect the nature of incoming fire by sight and sound.

9.      I finished my service in November 2010, and then returned to Homs to live with my parents.  Our home was located about 100 meters from Baba Amr, near the city limits.  The

[TRANSLATION]

neighborhood was called the "Western Residences." I helped my father in a small shop for home appliances. I had hoped to return to university but the outbreak of the revolution interrupted those plans.

### The Beginning of the Revolution

10.     The Syrian revolution began in March 2011. Right from the start, I participated in demonstrations in Baba Amr. The first demonstrations were spontaneous and open to Syrians from different backgrounds calling for political reform. They were not religious or militaristic. As a secular person, I felt comfortable at these protests.

11.     The demonstrations were generally peaceful, but the Assad regime responded with brutal violence. The government dispatched troops in civilian clothes who would unexpectedly pull up in civilian cars alongside demonstrators and start firing into the crowd. Incidents like this became common. I was almost killed on a number of occasions when participating in gatherings.

12.     Over time, however, the regime's brutal crackdown changed the peaceful character of the revolution. Some protestors started arming themselves in self-defense. But I never took up arms. I am a pacifist: I did not believe that meeting violence with violence was the answer. So I eventually stopped demonstrating and focused instead on humanitarian relief work.

13.     In 2011, the Syrian army began setting up a siege around Homs and cut off the flow of essential goods into the area. So we started to use my family's farm near Al-Buwaida Al-Sharqiya as a safe house to bring medical supplies and food into Homs. I worked directly with a trusted network of friends and family who formed a distribution chain. At the time, I knew that resources were being transported from Lebanon. But I did not know who the donors were. Later on, after I left Syria, I learned that a Lebanese political party, *Tayyar al-Mustaqbal*,

and others had sourced the provisions in Lebanon.  I was never a member of this party, or any other political group in Lebanon.

14.      My family farm also served as a safe house for foreign journalists who were travelling into Homs.  The same network of activists who brought in food and medicine also brought in journalists.  The first time that I accompanied foreign journalists into Homs was with Marie Colvin and Paul Conroy from the *Sunday Times* in early 2012.

**First Trip to Homs With Marie Colvin and Paul Conroy**

15.      On or around February 12, 2012, I met Marie Colvin and Paul Conroy for the first time at a farm near east Al-Buwaida Al-Sharqiya.  Since I spoke English, Marie asked me if I would be willing to travel with them to Baba Amr as their interpreter and guide.  I immediately agreed because I trusted them and believed that their work would help the Syrian people.  Before we left for Baba Amr, members of my family visited to say goodbye: they feared I would not survive the trip.

16.      The trip to Baba Amr took a few days because we could not take the normal, direct route and we hit several delays.  I took Marie and Paul from Al-Buwaida to Al-Mubarkiya right next to an international highway on the outskirts of Homs, opposite to Tal Al-Shur.  We crossed the highway to Tal Al-Shur and then walked about two kilometers to the opening of a tunnel.  We entered the underground tunnel and walked to the opposite exit, located in Jobar. We then traveled to Sultaniya and finally Baba Amr.  There, we went to the Media Center founded by Khaled Abu Salah and others.  I knew it well and was familiar with some of the media activists housed there.  The Media Center was located in an apartment building on a small street in the southern part of Baba Amr, just east of the Hassan ibn Thabit School.  Attached as **Exhibits A-1** to **A-3** are three satellite images of the Baba Amr neighborhood in the city of

Homs, which I obtained using Google Maps.  I am familiar with the area and recognize the satellite images as fair and accurate representations of the layout of Homs and Baba Amr.  Using Google Maps, I have identified the specific building in which the Media Center was located on February 22, 2012.  Attached as **Exhibit A-1** is a screenshot of a satellite image of Baba Amr with the location of the Media Center marked by a dropped pin.  **Exhibit A-2** is a screenshot of a zoom out of the same satellite image, depicting the entire neighborhood of Baba Amr.  **Exhibit A-3** is a screenshot of a zoom out of the same satellite image, depicting the area of the city of Homs in which Baba Amr is located.

17.     We arrived at the Media Center on or around the night of February 15th. Marie woke me up early the next morning and said she wanted to see the area and speak with locals. The shelling was relentless and continued from morning until night.  Entire areas were shelled at random, like waves moving through the area.  Despite the shelling, we managed to visit an underground storage facility that was being used by locals as a shelter to escape the shelling.  We also toured a local field hospital: an improvised clinic in an apartment building where volunteer doctors and nurses treated injured people from the neighborhood.  We saw patients that were badly wounded and many dead bodies.

18.     At some point, Abu Hanin (one of the Media Center activists) told me that the regime was planning to launch a gas attack in Baba Amr.  I informed Marie and Paul and we decided to leave Homs right away.  We left Homs, the same way we went in, and Marie was able to file her story.

19.     But eventually, we learned that the attack they warned us about never happened. So Marie said she wanted to return to Baba Amr.  I warned her that the regime was certain to take over the neighborhood and asked her if she was sure she wanted to go back.  Marie said, "I

am not worth more than the children dying there."

## Return to Baba Amr

20.     We left Al-Buwaida on the evening of February 20th.  The route was free of delays, so we arrived back at the Media Center later that night.

21.     We woke up early on the morning of February 21, 2012 because Marie and Paul wanted to go back to the field hospital in Baba Amr.  But Abu Hanin told us that the shelling was too intense for us to go around the neighborhood.  We stayed at the Media Center and tried to keep ourselves busy.  Later that evening, the shelling died down so I went out to visit my friends and family in Baba Amr.  I was gone for a few hours.  By the time I returned, a new group of European journalists had arrived: Edith Bouvier, Javier Espinosa, William Daniels, and Rémi Ochlik.  I stayed at the Media Center the rest of the night.

## The Attack on the Media Center

22.     The next morning, as I was lying half awake, I heard the whistling shriek of a rocket salvo hit nearby.  Someone shouted that we were being hit and needed to get out.  I scrambled to gather my belongings.  Marie was already wearing her bulletproof vest and was putting on her boots.  Paul was waiting for her.

23.     I counted five more salvos of rockets, after the first one that woke me up.  They were getting closer and closer.  Each salvo consisted of about three rockets in a single strike. The pattern of the shelling was different from what I had experienced before in Baba Amr. Previously, entire areas were shelled in waves.  But that morning, multiple salvos were being concentrated onto the same target: our building.  I recognized this as an artillery targeting method I had learned in the army: we had been trained to direct multiple salvos of fire at a specific target and to correct course between salvos until the target was successfully hit.

24.     I could tell the incoming shells were rockets by their distinctive whistling sound. In the military, we used Korean multiple-rocket-launcher systems that made the same sound. These rockets let out a shrill whistle sound because they do not have fins.  Instead, they stabilize themselves by rotating in the air propelled by an angled exhaust.  That rotation makes the high-pitched sound.  That was the exact sound of the rockets I heard during the attack on the morning of February 22, 2012.

25.     As the salvos landed around the Media Center, we eventually made our way to the front room, close to the entrance of the building where everyone else was.  There was a foyer (or "outer room") adjacent to the main room, which led to the front entrance to the building.  A wooden door connected the foyer to the main room, where we were gathering.  Attached as **Exhibit B** is a diagram that fairly and accurately depicts the layout of the Media Center.

26.     An activist named Hussein (who everyone called Hasoon) was trying to organize an evacuation of the building.  He ordered us to run in pairs of two, in twenty-second increments, first into the foyer and then across the street towards a building with an underground shelter.  I was holding Marie's hand.  We waited our turn as a pair ran out ahead of us.  Marie acted calm under fire, but when I looked at her face I could sense fear.  She was so pale.

27.      We started to run for the exit when I felt a yank on my collar.  Hussein grabbed me and pulled me back.  I looked up and realized that Marie and Rémi Ochlik were also holding hands.  We had been three instead of two, so Hussein separated me.  I fell backwards as Marie and Rémi ran out.

28.     Then suddenly I heard a whistling shriek and I blacked out.  The next thing I can recall, I was lying on the floor on my hand in an unnatural way.  It was broken.  I was in shock. Shrapnel had entered my right shoulder and there was intense ringing in my ears.  When I

opened my eyes, everything looked grey and I could not focus.  I heard voices inside the main room, including the voice of the French reporter Edith Bouvier.  I remembered seeing Paul Conroy near me, inside the main room, just before the blast.  But I could not see anything afterwards.  Attached as **Exhibit C** is a diagram that fairly and accurately depicts where I was located when the blast occurred.

29.     Eventually someone helped me get up, exit the building, and run to the other side of the street.  I could not see but I followed the voices shouting at me.  At that point, I did not know that Marie and Rémi had been killed.

30.     Those of us who made it across the street waited until the shelling eventually moved away from the Media Center.  We were later transported to the field hospital for treatment.  It was there that I learned Marie and Rémi had been killed.  Eventually, local activists took me with Paul Conroy, Edith Bouvier, Javier Espinosa and William Daniels to a safe house. Several days later, I managed to escape from Homs and make my way to Lebanon.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my recollection.

Executed on _____19 September_____, 2017.


_____[Signed]_____
Wael Fayez Al-Omar



ARABIC LANGUAGE ASSOCIATES, LLC
P.O. Box 51 Sharon, MA 02067
Tel: 781-784-0425
Email: info@arabiclanguageassociates.com

# TRANSLATOR DECLARATION

**SHARON, MASSACHUSETTS, USA**

Date: November 17, 2017

To whom it may concern:

I, Irina B. Sears, hereby declare and say:

1. I am a translator and editor. I hold a B.A. in Biochemistry from The University of Texas at Austin; I hold a Master's degree in Human Nutrition and Nutritional Biology from the University of Chicago; I hold a Professional Certificate in Arabic to English Translation from the American University in Cairo and I have been working in the translation field for 13 years.

2. I am thoroughly familiar with both the English and Arabic languages, by virtue of, as to English, having English as my native tongue and, as to Arabic, having all my years of study and practice as an Arabic to English translator and editor in various fields including legal translations.

3. On October 31, 2017, I produced the translation into English of an Arabic document received by my office, designated as: **DECLARATION OF WAEL FAYEZ AL-OMAR, dated September 19, 2017**.

4. The attached translation is a true and accurate English version of the original drafted in Arabic.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of November, 2017, SHARON, MASSACHUSETTS, USA.

Signature of Irina B. Sears

Irina B. Sears
Arabic into English
Certification #465808
American Translators Association
Certified Translator

Verify at www.atanet.org/verify

محكمة المقاطعة في الولايات المتحدة
مقاطعة كولومبيا

| | |
|---|---|
| كاثلين كولفين، بصفة فردية و بصفتها قريبة وممثلة للقاصرين .C.A.C و L.A.C، ورثة في القانون والمستفيدين من ملكية ماري كولفين، وجوستين أرايا-كولفين، وريثة في القانون والمستفيدة من ملكية ماري كولفين،<br><br>المدّعون،<br><br>ضد<br><br>الجمهورية العربية السورية،<br><br>المدعى عليه. | مدني رقم ١:١٦-س ف – ٠١٤٢٣ - ا ب ج |

**تصريح وائل فايز العمر**

أنا وائل فايز العمر أصرح بما يلي:

1.  عمري تجاوز الثامنة عشر سنة ولديّ معرفة مباشرة بالوقائع المسرودة في هذا التصريح. وفي حال تم استدعائي كشاهد، سوف أشهد بأهلية بهذه الحقائق وتحت القسم.

2.  أنا سوري الجنسية أقيم في أوروبا كلاجئ و بإقامة دائمة قانونية.

3.  أتكلم اللغة العربية بطلاقة، و أجيد تكلم اللغة الإنجليزية.

4.  ولدت في مدينة حمص السورية في اليوم الحادي والثلاثين من شهر تموز عام ألف وتسعمئة وواحد وثمانين 31.07.1981 ولكن تاريخ ميلادي مسجل بالرابع من شهر تشرين الأول عام ألف وتسعمئة وواحد وثمانين 04.10.1981.

1



5. بعد حصولي على الشهادة الثانوية، بدأت دراستي في جامعة البعث في مدينة حمص آملاً أن أتجنب الخدمة العسكرية الإلزامية ، ولكنه تم تجنيدي للخدمة في الجيش في حوالي شهر أيار من العام 2008 وخدمت تقريباً حتى تشرين الثاني من العام 2010. من الجدير بالذكر أنه يتم منح الرتب العسكرية حسب التحصيل العلمي وبسبب كوني طالباً جامعياً تم منحي رتبة رقيب. خدمت باختصاص هندسة ميدان في الفرقة الرابعة عشر من القوات الخاصة.

6. كمهندس ميداني تلقيت تدريباً متخصصاً بهندسة الميدان الحربي والذي يتضمن إزالة الألغام وتعمير الإنشاءات العسكرية وعلم الاستطلاع الحربي. يتضمن الاستطلاع الحربي فتح ثغرات في حقول الألغام والتسلل عبر خطوط العدو والعمل بالاستطلاع الأمامي. حيث يقوم المستطلع الأمامي بإعطاء إحداثيات الأهداف المدفعية في الميدان ويقوم بتصحيح رميها بناءً على مراقبة مكان سقوط القذائف وإرسال معلومات بالراديو كـ"200 متر لليمين أو لليسار "مثلاً ، حتى يتم إصابة الهدف المطلوب.

7. كجزء من تدريبي على الاستطلاع الأمامي درست طرق الرمي المدفعي في الجيش السوري والتي تتبع النهج المدفعي الروسي (المدرسة الحربية الروسية) والتي كانت مثالية للجيش السوري حيث أنها لا تكلف كثيراً ولا تحتاج لتقنية عالية. تنقسم طرق الرمي في الجيش السوري إلى طريقتين أساسيتين. نطلق على الطريقة الأولى إسم "الطريقة الروسية" والتي تعتمد على سياسات الأرض المحروقة حيث يتم تغطية منطقة ما نارياً بشكل كامل دون التفريق أو التمييز بين هدف ما وما حوله. من خلالها يقوم فريق الرمي المدفعي (الصاروخي) بالرمي ثم تغير زاوية الرمي درجة أو درجتين ثم الرمي من جديد وتكرر العملية بحيث يتحرك القصف بموجة تغطي كامل منطقة من دون التركيز على هدف معين. أما الطريقة الثانية فكانت تعمد لإصابة هدف معين بالاعتماد على التوجيه والتصحيح من عناصر الاستطلاع الأمامي حتى يتم إصابة الهدف.

8. يتضمن الاستطلاع الحربي أيضاً على مهمة تحديد ومعرفة نوع الأسلحة المعادية المستخدمة بالاعتماد على الرؤية المباشرة والصوت. معرفتي هذه أصبحت أكثر دقة خلال الحرب السورية وكانت معرفة نافعة كون أن البقاء على الحياة في المناطق المحاصرة يعتمد على معرفة نوع الأسلحة المستخدمة صوتاً أو رؤية.

2



9. أنهيت خدمتي العسكرية في تشرين ثاني من عام 2010 وعدت لمدينة حمص لأعيش مع والديّ. يبعد منزلنا حوالي 100 متر من حي بابا عمرو على أطراف المدينة. يطلق على هذا الحي لقب "المساكن الغربية". في هذه الفترة كنت أساعد والدي في متجر صغير للأدوات المنزلية آملاً أن أعود لأكمل دراستي في الجامعة لكن تفجر الثورة السورية حال دون ذلك.

**بداية الثورة**

10. بدأت الثورة السورية في شهر آذار من العام 2011 وقد شاركت منذ بدايتها بالمظاهرات في بابا عمرو. في بداية الأمر كانت المظاهرات عفوية وتضمنت كافة السوريين من مختلف الأطياف طالبين الإصلاح السياسي. لم تكن هذه المظاهرات ذات تبعية دينية أو عسكرية. كوني إنسان علماني كنت أشعر بالارتياح في هذه المظاهرات.

11. كانت المظاهرات بطابعها العام سلمية لكن نظام بشار الأسد استخدم ضدها العنف المفرط. كانت من وسائل النظام ارسال عناصر من الجيش والأمن يرتدون لباساً مدنياً ويستخدمون سيارات مدنية ليباغتوا المتظاهرين المحتشدين بإطلاق النار عليهم وتكررت مثل هذه الأفعال. أنا شخصياً كدت أن أقتل عدة مرات عند مشاركتي بالتجمعات المتظاهرة.

12. مع الوقت، بدأت تؤثر وحشية النظام بطابع الثورة السلمي حيث بدأ بعض المتظاهرين بالتسلح للدفاع عن أنفسهم. لم أحمل السلاح أبداً فأنا إنسان مسالم ولا أؤمن أن مواجهة العنف بالعنف هي الحل. لذلك نأيت بنفسي عن المظاهرات وركزت على العمل الإغاثي.

13. بدأ الجيش السوري في العام 2011 بفرض حصار على مدينة حمص مانعاً وصول متطلبات الحياة الأساسية للمدينة لذلك بدأنا باستخدام مزرعة عائلتي التي تقع قرب قرية البويضة الشرقية كنقطة تخزين وتوزيع المستلزمات الطبية والمواد الغذائية لتهريبها إلى حمص. شكلنا شبكات توزيع ونقل مكونة من الأصدقاء والأقرباء. في ذلك الوقت كل ما عرفناه أن هذه المواد تأتي من لبنان ولم يكن لدي أي معرفة بالمتبرعين. لاحقاً وبعد أن غادرت سوريا علمت أن تيار المستقبل مع آخرون كانوا مسؤولين عن توفير هذه المؤن من لبنان لإرسالها إلى سورية ولم أكن على الإطلاق عضواً في تيار المستقبل أو أي حزب أو جماعة سياسية في لبنان.

3



14. كانت مزرعة عائلتي أيضاً تستخدم كمنزل آمن ونقطة عبور للصحفيين الأجانب في طريقهم لدخول حمص. كانت ذات شبكة نقل وتوزيع المؤن الطبية والغذائية تجلب الصحفيين معها. أول مرة رافقت فيها صحفيين بالدخول إلى حمص، كانت في بدايات عام 2012 مع فريق الصنداي تايمز المكون من ماري كولفن و بول كونروي.

**أول رحلة إلى حمص مع ماري كولفن و بول كونروي**

15. حوالي الثاني عشرة من شهر شباط من العام 2012 قابلت ماري كولفن و بول كونروي لأول مرة في مزرعة قرب قرية البويضة الشرقية: وكوني أتكلم الانكليزية سألتني ماري إن كنت أرغب أن أرافقهما إلى بابا عمرو كدليل ومترجم لهما، ومن باب ثقتي بهم وإيماني أن عملها سوف يساعد الشعب السوري، قبلت مباشرةً. قبل أن نغادر الى بابا عمرو ودعت أفراد أسرتي الذين كانوا يخشون أني لن أعود من هذه الرحلة حياً.

16. استغرقت رحلتنا إلى بابا عمرو عدة أيام كون الطريق المباشر لم يكن ممكناً وكان هناك عدة معوقات. أخذت ماري و بول من البويضة إلى المباركية التي تقع بمحاذاة الطريق الدولي على أطراف مدينة حمص مقابلة لقرية تل الشور وبعد أن قطعنا الطريق الدولي إلى تل الشور. مشينا ما يقارب الكيلومترين إلى مدخل النفق ثم قطعنا النفق مشياً حتى مخرجه في الطرف الآخر الذي يقع بقرية جوبر ومنها إلى منطقة السلطانية ثم نهايتاً إلى بابا عمرو، وهناك ذهبنا إلى المركز الإعلامي الذي أسسه خالد أبو صلاح مع آخرون. كنت على معرفة جيدة بالمكان و ببعض الناشطين الإعلاميين في المركز. كان المركز الاعلامي يقع في شقة موجودة بشارع صغير في القسم الجنوبي من بابا عمرو شرقي مدرسة حسن بن ثابت. في الملاحق ( A-1 إلى A-3 ) ثلاث صور أقمار صناعية لخريطة بابا عمرو حصلت عليها عبر موقع غوغل الكتروني للخرائط. أنا على معرفة جيدة بمنطقة بابا عمرو تمكنني تأكيد أن صور الأقمار الاصطناعية تمثل بشكل عادل ودقيق تخطيط مدينة حمص وحي بابا عمرو . استعملت الموقع الالكتروني غوغل للخرائط لتحديد موقع المبنى حيث كان المركز الإعلامي في تاريخ إثنين وعشرون شباط 2012. في الملحق الأول A-1 صورة من الأقمار الاصطناعية لحي بابا عمرو وقد تم تحديد موقع المركز الإعلامي بوضع دبوس. الملحق الثاني A-2 يمثل صورة مصغرة لحي بابا عمرو بأكمله. الملحق الثالث A-3 يمثل صورة مصغرة لمدينة حمص حيث يقع حي بابا عمرو.

4



.17 وصلنا إلى المركز الإعلامي في حوالي ليلة الخامس عشر من شباط. أيقظتني ماري صباح اليوم الثاني في المركز الإعلامي وطلبت رؤية المنطقة والتكلم مع سكّانها. كان القصف بيومها متواصلاً واستمر من الصباح حتى الليل. كانت المنطقة تقصف بشكل عشوائي عبر موجات تغطي كل بابا عمرو. بالرغم من القصف نجحنا زيارة مستودع تحت الارض يتم استخدامه من قبل السكان كملجأ لتجنب القصف. زرنا يومها أيضا المستشفى الميداني الذي هو عبارة عن عيادة مرتجلة بمنزل يستخدمه أطباء وممرضون متطوعون لمعالجة الناس المصابين من سكان الحي. رأينا يومها العديد من الإصابات البالغة والكثير من الجثث.

.18 لاحقا أخبرني أبو حنين( ناشط إعلامي) أنهم تلقوا معلومات تفيد بأن النظام السوري يخطط لشن هجوم بالغازات السامة على منطقة بابا عمرو. أخبرت ماري و بول بذلك وقررنا مغادرة حمص مباشرة. غادرنا بنفس طريقة الدخول إلى المدينة وبعدها ماري نشرت قصتها عن المكان.

.19 علمنا في نهاية المطاف أن الهجوم الذي حذرنا منه لم يحدث قط، فما كان من ماري إلا أن قالت أنها تريد العودة إلى بابا عمرو. أخبرتها أن النظام مصرّ على مد سيطرته على المنطقة وسألتها إن كانت متأكدة أنها تريد العودة في بالعودة إلى الحي فكان ردها ''حياتي ليست اهم من حياة الأطفال الذين يموتون هناك''.

**العودة الى بابا عمرو**

.20 في مساء اليوم الواقع في عشرين شباط، غادرنا مجدداً قرية البويضة ووصلنا في نفس الليلة إلى المركز الإعلامي وبدون معوقات.

.21 استيقظنا باكرا في صباح الحادي والعشرين من شباط لأن ماري و بول أرادوا أن يزوروا مجدداً المستشفى الميداني في بابا عمرو. ولكن قال أبو حنين ان القصف كثيفاً لدرجة عدم إمكانية التنقل والتحرك في الحي. أمضينا يومنا في المركز الإعلامي محاولين ان نبقي أنفسنا مشغولين. مساء ذلك اليوم هدأ القصف قليلا فقررت الذهاب لزيارة بعض الأقرباء والأصدقاء للاطمئنان عليهم. أمضيت عدة ساعات وحين عودتي إلى المركز الإعلامي وجدت أن مجموعة جديدة من الصحفيين الأوروبيين كانت قد وصلت إلى المركز الإعلامي وهم إديت بوفييه، خافيير اسبينوسا، وليم دانيلز وريمي أوشليك. أمضيت ما تبقى من تلك الليلة في المركز الإعلامي.

5



الهجوم على المركز الإعلامي

22. في الصباح وبينما كنت متمدداً نصف نائم سمعت صفير رشقة صاروخية ضربت بمكان قريب، صرخ أحد ما أنه يتم استهدافنا وأنه يتوجب علينا الخروج. هرعت للملمة أشيائي أما ماري فقد ارتدت سترتها الواقية من الرصاص وبدأت بإرتداء حذائها وكان بول ينتظرها.

23. بعد الرشقة الأولى التي أيقظتنا عددت خمس رشقات أُخرى وكل رشقة أقرب إلينا من التي قبلها. كانت الرشقات مكونة من ثلاث صواريخ. كانت طبيعة القصف مختلفة هذه المرة عما شاهدناه سابقاً في بابا عمرو. في السابق كانت المنطقة تُقصف بشكل كامل و بموجات. أما ذلك الصباح فقد كانت الرشقات متكررة ومركزة على نفس الهدف، وأعني بذلك على مبنانا. أدركت مما تعلمته خلال تدريبي في الجيش أنها الطريقة المتبعة لضرب هدف محدد، حيث كان من تدريبي تصحيح الرشقات المتتابعة حتى اصابة الهدف بشكلٍ ناجح.

24. استطعت تمييز القذائف على أنها صواريخ بواسطة صوتها وصفيرها المميز. يستخدم الجيش السوري قواعد صواريخ كورية شمالية متعددة الأسطوانات والتي تصدر صواريخها نفس الصوت الذي سمعته يومها. تلك الصواريخ تصدر صفيراً حاداً لأنها لا تمتلك زعانف موازنة بل تعتمد على فتحات نفث مائلة تدفعها إلى الأمام بشكل دائري على محورها الطولي للتوازن بمسارها وذلك الدوران والنفث المائل يصدر صوت صفير حاد، ذلك نفس الصفير الذي سمعته في صباح 22 شباط خلال الاعتداء.

25. أثناء تساقط الرشقات الصاروخية حول المركز الإعلامي، وصلنا إلى الغرفة الأمامية القريبة من مدخل المبنى وقد كان الجميع متواجداً بتلك النقطة تقريباً. هنالك غرفة خارجية ملاصقة للغرفة الأساسية التي تؤدي إلى المدخل الرئيسي للمبنى وكان هناك باب خشبي يفصل الغرفة الرئيسية من الغرفة الأمامية. في الملحق الثاني (B) رسمة توضح بشكل دقيق توزيع الغرف في مبنى المركز الاعلامي.

26. كان الناشط حسين (المعروف بحسون) يحاول تنظيم إخلاء المبنى. أمرنا حسون بأن نركض بأزواج وأن يكون بين خروج الزوج والآخر ما يقارب العشرين ثانية، إلى الغرفة الأمامية أولاً ثم إلى الأبنية المقابلة في الطرف الثاني من الشارع حيث هناك مبنى ذو ملجأ تحت الأرض. كنت أمسك بماري

6



منتظرين دورنا كثنائي للخروج. كانت ماري هادئة رغم القصف لكن لاحظت من خلال وجهها الشاحب جداً أنها خائفة.

27. عندما بدأنا أنا وماري بالركض باتجاه المخرج، شعرت بشدة عنيفة في قبة ثيابي. كان حسين قد امسكني من قبتي وشدني للخلف. نظرت إلى الأعلى لأرى أن ريمي اوشليك كان ماسكاً يد ماري الأخرى. كنا ثلاثة بدل اثنين، فما كان من حسين إلا أن فصلني عنهم بينما تابع كل من ماري وريمي ركضهما إلى الخارج.

28. وفجأة سمعت صفيراً زاعقاً. فقدت الوعي. ما أتذكره تالياً أنني كنت مستلقياً على الأرض بوضعية غير طبيعية فوق يدي. كانت يدي مكسورة وكنت بحالة صدمة. دخلت شظية كتفي الأيمن وكان هناك طنين بأذناي. عندما فتحت عيناي كل شيء كان رمادياً ولم استطع التركيز. سمعت أصواتاً في الغرفة الرئيسية من حولي من ضمنها صوت المراسلة الفرنسية إديث بوفييه. أتذكر رؤية بول كونروي بالقرب مني في الغرفة الرئيسية قبل الانفجار لكني لم أستطع رؤية أي شيء بعده. وفي الملحق رقم (C) مخطط يوضح أين كنت بدقة عندما حدث الانفجار.

29. بعدها ساعدني أحدهم لأن أقوم واخرج من المبنى إلى الجانب الآخر من الشارع لم استطع الرؤية ولكن تتبعت الأصوات التي تنادي لي. حتى تلك اللحظة لم أكن على علم بأن ماري وريمي قد فارقا الحياة.

30. أولئك الذين نجحوا منّا بالوصول إلى الطرف الآخر من الشارع إنتظروا حتى تحرك القصف بعيداً عن المركز الإعلامي. تم نقلنا لاحقاً إلى المستشفى الميداني لتلقي الاسعافات وهناك علمت أنّ ماري وريمي لقيا حتفهما. بعد ذلك نقلني الناشطون مع بول كونروي، و إديث بوفييه، خافيير اسبينوسا، ووليم دانيلز إلى مكان آمن. بعد عدة أيام نجحت بالهروب من حمص والوصول إلى لبنان.

أصرح تحت عقوبة شهادة الزور في قانون الولايات المتحدة الأمريكية أن ما سبق هو الحقيقية وأنه صحيح حسب ما يمكنني تذكره.

تم في ____١٩  أيلول____ ، 2017



وائل فايز العمر

# Exhibit A

# Exhibit A-1



34.708570,36.692738

Al-Zubair bin Al Awam Mosque
مسجد الزبير بن العوام

Google

# Dropped Pin

near Baba Amr, Homs, Syria



ⓘ  MORE INFO                    ◆ DIRECTIONS

# Exhibit A-2



34.708570,36.692738

BABA AMR
بابا عمر

# Dropped Pin

near Baba Amr, Homs, Syria



ⓘ  MORE INFO                    ◆  DIRECTIONS

# Exhibit A-3



34.708570,36.692738

**Dropped Pin**

near Baba Amr, Homs, Syria



MORE INFO | DIRECTIONS

Gzj kdkv'D

مخطط لبناء المركز الإجرامي



Labels:

كلمات توضيحية :

garden
حديقة

Kitchen
مطبخ

Wall: ━━━━━ : جدار

door: ━━━━ : باب

Window: ━━━━ : شباك

sleeping room
غرفة النوم

bathroom
حمام

W.C.
مرحاض

19-09-2017

Wael Fayez Alomar

main room
الغرفة الرئيسية

staircase
بيت الدرج

outer room
الغرفة الخارجية

main door - الباب الرئيسي

street
شارع

media center floor plan

مخطط لبناء المركز الإعلامي



Labels:

علامات توضيحية:

garden

حديقة

Kitchen

مطبخ

Wall:——— : جدار

door:——— : باب

Window:——— : شباك

my place: ✗ : مكاني

Sleeping room

غرفة نوم

bathroom

حمام

W.C.

مرحاض

19-09-2017

Wael Fayez Al omar

main room

الغرفة الرئيسية

staircase

سلالم.

outer room

الغرفة الخارجية

main door

الباب الرئيسي

Street

شارع